**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **B. Lane, Inc., d/b/a Fashion to Figure** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **14-1856982** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **The Mill at Jersey Gardens**<br>**651 Kapkowski Road, #1446**<br>**Elizabeth, NJ 07201**<br>Number, Street, City, State & ZIP Code | **20 W. 36th Street, 5th Floor**<br>**New York, NY 10018**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Union**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.fashiontofigure.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | B. Lane, Inc., d/b/a Fashion to Figure | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5621__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*

  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- [ ] No
- [x] Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **See attached rider** | | Relationship | | |
| District | **District of New Jersey** | When | Case number, if known | | |

Debtor   **B. Lane, Inc., d/b/a Fashion to Figure**                                      Case number (*if known*) _____
         Name

---

| 11. | **Why is the case filed in this district?** | *Check all that apply:* |
|---|---|---|

         ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

         ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

  ☑ No

  ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

      **Why does the property need immediate attention?** (*Check all that apply.*)

      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
         What is the hazard? _____

      ☐ It needs to be physically secured or protected from the weather.

      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

      ☐ Other _____

      **Where is the property?** _____
          Number, Street, City, State & ZIP Code

      **Is the property insured?**

      ☐ No

      ☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

  ☑ Funds will be available for distribution to unsecured creditors.

  ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **B. Lane, Inc., d/b/a Fashion to Figure** | Case number (*if known*) | |
| | Name | | |

---

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  13, 2017**
                MM / DD / YYYY

**X** **/s/ Michael Kaplan**                    **Michael Kaplan**
Signature of authorized representative of debtor    Printed name

Title    **Chief Executive Officer**

---

**18. Signature of attorney**

**X** **/s/ Kenneth A. Rosen**                    Date  **November  13, 2017**
Signature of attorney for debtor                    MM / DD / YYYY

**Kenneth A. Rosen**
Printed name

**Lowenstein Sandler LLP**
Firm name

**One Lowenstein Drive**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone  **973.597.6206**    Email address  **krosen@lowenstein.com**

**02160-1979  New Jersey**
Bar number and State

---

# RIDER 1

## LIST OF DEBTORS

On November 13, 2017, each of the affiliated entities listed below (the "Debtors") filed a voluntary petition for relief in this Court under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of their chapter 11 cases under the case number assigned to the chapter 11 case of B. Lane, Inc., d/b/a Fashion to Figure.

B. Lane, Inc., d/b/a Fashion to Figure
FTF NJ LLC
FTF CT LLC
FTF DE LLC
FTF GA LLC
FTF MA LLC
FTF MD LLC

**Fill in this information to identify the case:**

Debtor name    **B. Lane, Inc., d/b/a Fashion to Figure**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   ***Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders*** (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**November  13, 2017**__     X **/s/ Michael Kaplan**
                                            Signature of individual signing on behalf of debtor

                                            **Michael Kaplan**
                                            Printed name

                                            **Chief Executive Officer**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| **Debtor Name: B. Lane, Inc., d/b/a Fashion to Figure,** *et al.* | |
| **United States Bankruptcy Court for the: District of New Jersey** | ☐   **Check if this is an Amended filing** |
| **CASE NUMBER (if known):** | |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Holding 30 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes.[1] Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Trac Fashion 1100 S. San Pedro St. - Unit N-09 Los Angeles, CA 90015 | Sang Kim, Fashion & People, Inc. d/b/a TRAC 2019 E. 48th Street Vernon, CA 90058 sangkim@tracfashion.com Tel : (323) 588-0300 Fax: (323) 588-0315 | Trade debt | | | | $507,394 |
| Haute Fox, Inc. 800 E. 12th St., Ste 119 Los Angeles, CA 90021 | Lisa Song Haute Fox, Inc. 800 E. 12th St., Ste 119 Los Angeles, CA 90021 lisa@hautefox.com Tel : (213) 493-4200 | Trade debt | | | | $430,756 |
| Alexander's Kings Plaza LLC 401 Wilshire Blvd., Suite 700 Santa Monica, CA 90401 | Macerich Alexander's Kings Plaza LLC 401 Wilshire Blvd. Suite 700 Santa Monica, CA 90401 kingsplazaar@Macerich.com Tel: (310) 394-6000 | Lease | | | | $406,277 |

---

[1] The information contained herein shall not constitute an admission of liability by, nor shall it be binding on, the Debtor.  The information contained herein, including the failure by the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim.  Additionally, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the "Consolidated List of Creditors Holding 30 Largest Unsecured Claims" have been completed.  Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

| Debtor | B. Lane, Inc., d/b/a Fashion to Figure, *et al.* | Case Number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fashion Queen Mania<br>800 E. 12th St. #402<br>Los Angeles, CA 90021 | Jenna Park<br>Fashion Queen Mania<br>800 E. 12th St. #402<br>Los Angeles, CA 90021<br>jenna102702@hotmail.com<br>Tel: (213) 788-7310 | Trade debt | | | | $371,907 |
| Cameo<br>726 E 12 Street, #110<br>Los Angeles, CA 90021 | Chris Kim<br>1329 E. 16th Street<br>Los Angeles, CA 90021<br>fashioncameo@hotmail.com<br>Tel: (213) 745-4123 | Trade debt | | | | $231,799 |
| Zenobia<br>717 East 10th Street<br>Los Angeles, CA 90021 | Eugene Ahn<br>Zenobia<br>717 East 10th Street<br>Los Angeles, CA 90021<br>zenobiafs@gmail.com<br>Tel: (213) 746-9191 | Trade debt | | | | $226,477 |
| HUI Garment Exports Co. Ltd. (a/k/a Six Degrees Fashion)<br>Dahua Industrial Park<br>Banqiao Village<br>2nd Fl, Bldg E, Nancun Town, Panyu District<br>Guangzhou, GUANGDONG 511442 | Zack Sotiropoulos<br>HUI Garment Exports Co. Ltd. (a/k/a Six Degrees Fashion)<br>Dahua Industrial Park<br>Banqiao Village<br>2nd Fl, Bldg E, Nancun Town, Panyu District<br>Guangzhou, GUANGDONG 511442<br>zack@sixdegreesfashion.com.au<br>Tel: (612) 9153-5111 | Trade debt | | | | $202,974 |
| Main Street Loungewear<br>39 West 38th Street, 9th Floor<br>New York, NY 10018 | Shalom Mizrahi<br>Main Street Loungewear<br>39 West 38th Street, 9th Floor<br>New York, NY 10018<br>shalom_mizrahi@msn.com<br>Tel: (212) 871-8600 | Trade debt | | | | $192,696 |
| Mai Tai (Soprano Wear)<br>1100 S. San Pedro Street, #A5<br>Los Angeles, CA 90015 | Peter Yoon<br>Mai Tai (Soprano Wear)<br>1100 S. San Pedro Street, #A5<br>Los Angeles, CA 90015<br>peter@sopranowear.com<br>Tel: (213) 746-0200 | Trade debt | | | | $185,450 |
| Jalate<br>1775 Curtiss Court<br>La Verne, CA 91750 | Dennis McConkey<br>Jalate<br>1775 Curtiss Court<br>La Verne, CA 91750<br>dennis@jalate.com<br>Tel: (626) 442-7600 | Trade debt | | | | $180,495 |

Official form 204          Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims

| Debtor | B. Lane, Inc., d/b/a Fashion to Figure, *et al.* | | Case Number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capacity LLC 1112 Corporate Road North Brunswick, NJ 08902 | Jeff Kaiden Capacity LLC 1112 Corporate Road North Brunswick, NJ 08902 jkaiden@capacityllc.com Tel: (732) 587-5503 | Services | | | | $180,005 |
| Aptos 9300 Trans Canada Hwy Suite 300 St. Laurent, Quebec CANADA H4S 1K5 | Franca Di Lonardo Aptos 9300 Trans Canada Hwy Suite 300 St. Laurent, Quebec CANADA H4S 1K5 fdilonardo@aptos.com Tel: (514) 428-2370 | Trade debt | | | | $175,618 |
| American Express Corporate Card 200 Vesey Street New York, NY 10285 | Michael D. Diamond American Express Corporate Card 200 Vesey Street New York, NY 10285 Michael.D.Diamond@aexp.com Tel: (212) 640-2000 | Trade debt | | | | $151,553 |
| Squeem 6753 Kingspointe Parkway Suite 110 Orlando, FL 32819 | Thiago Pasos Squeem 6753 Kingspointe Pkwy Suite 110 Orlando, FL 32819 thiago.pasos@squeem.com Tel: (407) 370-2780 | Trade debt | | | | $148,667 |
| Janette Plus 4662 E 49th Street Vernon, CA 90058 | Lucy Kim Janette Plus 4662 E 49th Street Vernon, CA 90058 lucy@janetteplus.com Tel: (323) 267-8484 | Trade debt | | | | $147,656 |
| Cherry Hill Mall 200 South Broad Street, 3rd Floor Philadelphia, PA 19102 | PREIT Services 200 South Broad Street Third Floor Philadelphia, PA 19102 machionj@preit.com Tel: (215) 875-0700 | Lease | | | | $139,471 |
| Green Acres Mall LLC 401 Wilshire Blvd., Suite 700 Santa Monica, CA 90401 | Macerich 401 Wilshire Blvd. Suite 700 Santa Monica, CA 90401 greenacresar@Macerich.com Tel: (310) 394-6000 | Lease | | | | $134,088 |

Official form 204          Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims

| Debtor | **B. Lane, Inc., d/b/a Fashion to Figure, _et al._** | Case Number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Braintree Property Association<br>225 West Washington Street<br>Indianapolis, IN 46204 | Simon Properties<br>225 West Washington Street<br>Indianapolis, IN 46204<br>pwilliams@simon.com<br>Tel: (317) 636-1600 | Lease | | | | $133,744 |
| Annapolis Mall LP<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90007 | Westfield<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90007<br>mchapina@westfield.com<br>Tel: (310) 478-4456 | Lease | | | | $130,673 |
| A3 Apparel<br>1407 Broadway, #716<br>New York, NY 10018 | Peter Reganato<br>A3 Apparel<br>1407 Broadway, #716<br>New York, NY 10018<br>Peter@a3apparel.com<br>Tel: (212) 944-6400 | Trade debt | | | | $129,788 |
| Wheaton Plaza Regional Shopping Center LLP<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90007 | Westfield<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90007<br>mchapina@westfield.com<br>Tel: (310) 478-4456 | Lease | | | | $121,264 |
| Pro Series Apparel<br>6150 Trans Canada Highway<br>St. Laurent, Quebec<br>CANADA H4T 1X5 | Connie Gagliardi<br>6150 Trans Canada Highway<br>St. Laurent, Quebec<br>CANADA H4T 1X5<br>CGagliardi@manhattaninc.com<br>Tel: (514) 388-5588 | Trade debt | | | | $120,064 |
| The Connecticut Post Limited Partnership<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90007 | Centennial<br>ar@centennialrec.com<br>Tel: (310) 478-4456 | Trade debt | | | | $119,548 |
| Charles Mall Company Limited Partnership<br>225 West Washington Street<br>Indianapolis, IN 46204 | MS Management Associates<br>pwilliams@simon.com<br>Tel: (317) 636-1600 | Lease | | | | $111,889 |
| Mayflower Square One, LLC<br>225 West Washington Street<br>Indianapolis, IN 46204 | Simon Properties<br>225 West Washington Street<br>Indianapolis, IN 46204<br>pwilliams@simon.com<br>Tel: (317) 636-1600 | Lease | | | | $96,399 |
| Lawrence Associates<br>225 West Washington Street<br>Indianapolis, IN 46204 | Simon Properties<br>225 West Washington Street<br>Indianapolis, IN 46204<br>pwilliams@simon.com<br>Tel: (317) 636-1600 | Lease | | | | $94,629 |

Official form 204            Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims

Debtor    **B. Lane, Inc., d/b/a Fashion to Figure, *et al.***      Case Number (if known) _____

         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bowie Mall Company, LLC 225 West Washington Street Indianapolis, IN 46204 | MS Management Associates wayne.mills@washingtonprime.com Tel: (317) 636-1600 | Lease | | | | $93,026 |
| Town Center at Cobb, LLC 225 West Washington Street Indianapolis, IN 46204 | Simon Properties 225 West Washington Street Indianapolis, IN 46204 pwilliams@simon.com Tel: (317) 636-1600 | Lease | | | | $92,779 |
| 88 International Inc. 332 South Palm Avenue Alhambra, CA 91803 | Larry Rosenblum 1407 Broadway Suite 3901 New York, NY 10018 DenimGuy2000@aol.com Tel: (212) 398-6535 | Trade debt | | | | $81,544 |
| Arundel Mills, LP 225 West Washington Street Indianapolis, IN 46204 | Simon Properties 225 West Washington Street Indianapolis, IN 46204 pwilliams@simon.com Tel: (317) 636-1600 | Lease | | | | $80,921 |

Official form 204          Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims

## United States Bankruptcy Court
### District of New Jersey

In re    **B. Lane, Inc., d/b/a Fashion to Figure**                                    Case No. _____
                                                    Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**See Equity Holder rider attached hereto.**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 13, 2017**                              Signature    **/s/ Michael Kaplan**
                                                            **Michael Kaplan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Equity Holder Rider**

B. Lane, Inc. dba Fashion To Figure
Capitalization Table

| | Ownership Schedule | | | | | | | | | | | | | | |
| | Anti-Dilution Adjusted Shares, Convertible to Common | | | | | | Total | Common Stock Options | | | | | Total | Fully-Diluted | Fully-Diluted |
| | Common | Series A | Series B | Series C | Series D | Series D1 | Primary | A Round | B Round | C Round | D Round | FY2014 | Options | Post-D1 Shares | % Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Memo: Options Strike Prices* | | | | | | | | | | | | | | | |
| Michael Kaplan | 363,333 | - | - | - | - | - | 363,333 | - | 21,000 | 24,000 | 168,096 | - | 213,096 | 576,429 | 13.70% |
| Nicholas Kaplan | 363,333 | - | - | - | - | - | 363,333 | - | 21,000 | 24,000 | 168,096 | - | 213,096 | 576,429 | 13.70% |
| Kevin Grundy | 195,765 | - | - | - | - | - | 195,765 | - | - | - | - | - | - | 195,765 | 4.60% |
| Frances Freixas | - | - | - | - | - | - | - | 82,500 | 6,000 | 10,000 | - | - | 98,500 | 98,500 | 2.30% |
| Alan Wildes | - | - | - | - | - | - | - | - | 900 | - | - | - | 900 | 900 | 0.00% |
| Peter Cureton | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00% |
| Jon Freedman | 600 | - | - | - | - | - | 600 | - | - | - | - | 600 | 600 | 1,200 | 0.00% |
| Tamara Rosenthal | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00% |
| PWP GE FTF I LLC | - | - | - | - | 290,847 | - | 290,847 | - | - | - | - | - | - | 290,847 | 6.90% |
| PWP GE FTF II LLC | - | - | - | - | 173,813 | - | 173,813 | - | - | - | - | - | - | 173,813 | 4.10% |
| PWP Growth Equity Fund I LP | - | - | - | - | 305,632 | - | 305,632 | - | - | - | - | - | - | 305,632 | 7.20% |
| PWP Growth Equity Fund I (B) LP | - | - | - | - | 98,771 | - | 98,771 | - | - | - | - | - | - | 98,771 | 2.30% |
| Ramius Enterprise Master Fund Ltd | - | 40,258 | 82,372 | 55,432 | - | - | 178,062 | - | - | - | - | - | - | 178,062 | 4.20% |
| Cowen Overseas Investment LP | - | - | - | 18,478 | - | 176,946 | 195,424 | - | - | - | - | - | - | 195,424 | 4.60% |
| Anthony Campbell | - | 42,681 | - | - | - | - | 42,681 | - | - | - | - | - | - | 42,681 | 1.00% |
| Sir Evelyn de Rothschild | - | 21,317 | 49,788 | 22,520 | 115,874 | 30,333 | 239,832 | - | - | - | - | - | - | 239,832 | 5.70% |
| Slater FF&E Fund LLC | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00% |
| Old Blue and Green Associates | - | 25,393 | - | - | - | 10,111 | 35,504 | - | - | - | - | - | - | 35,504 | 0.80% |
| David M. Knott | - | 22,139 | - | - | - | - | 22,139 | - | - | - | - | - | - | 22,139 | 0.50% |
| Beagle Limited | - | - | 41,539 | 15,013 | 14,484 | - | 71,036 | - | - | - | - | - | - | 71,036 | 1.70% |
| Johanna Igel | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00% |
| Stephen Siegel | - | 11,700 | - | - | - | 5,055 | 16,755 | - | - | - | - | - | - | 16,755 | 0.40% |
| Richard H. Morrison | - | 13,039 | 4,250 | - | - | 30,333 | 47,623 | - | - | - | - | - | - | 47,623 | 1.10% |
| Timothy Hassler | - | 20,060 | - | - | - | - | 20,060 | - | - | - | - | - | - | 20,060 | 0.50% |
| Matthew Campbell | - | 22,534 | - | - | - | - | 22,534 | - | - | - | - | - | - | 22,534 | 0.50% |
| John Schneider | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Melvin D. Roberts, M.D. | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00% |
| The Melvin and Virginia Roberts Revocable Trust Dated April 11, 2008 | - | 10,030 | - | - | - | - | 10,030 | - | - | - | - | - | - | 10,030 | 0.20% |
| Donald & Stephanie Altman | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00% |
| Stephanie Bates Altman | - | 5,247 | 2,059 | - | - | 1,011 | 8,317 | - | - | - | - | - | - | 8,317 | 0.20% |
| Donald Altman | - | 5,246 | 2,059 | 3,696 | 20,278 | 53,083 | 84,362 | - | - | - | - | - | - | 84,362 | 2.00% |
| Edward H. Wohl | - | 9,776 | - | - | 2,896 | - | 12,672 | - | 7,950 | 7,950 | 850 | 3,500 | 20,250 | 32,922 | 0.80% |
| Allan Ruchman | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00% |
| Mitchell Rudin | - | 7,546 | - | - | - | 3,033 | 10,579 | - | - | - | - | - | - | 10,579 | 0.30% |
| Andrew Heffernan | - | - | 8,237 | 14,782 | 5,793 | 106,117 | 134,930 | - | - | - | - | - | - | 134,930 | 3.20% |
| John M. Schneller | - | 5,639 | - | - | - | - | 5,639 | - | - | - | - | - | - | 5,639 | 0.10% |
| Douglas W. McCormick | - | 1,985 | - | 1,137 | - | - | 3,122 | - | - | - | - | - | - | 3,122 | 0.10% |
| Scott Schecter | - | 2,508 | - | - | - | - | 2,508 | - | - | - | - | - | - | 2,508 | 0.10% |
| Stanley Hochhauser | - | 4,921 | - | - | 1,158 | 1,011 | 7,090 | - | - | - | - | - | - | 7,090 | 0.20% |
| Barbara Altman Bruno | - | 4,594 | 2,883 | 3,377 | 14,484 | 32,861 | 58,199 | - | - | - | - | - | - | 58,199 | 1.40% |
| Steven and Nancie Schnur | - | 4,319 | - | - | 1,447 | 5,055 | 10,821 | - | - | - | - | - | - | 10,821 | 0.30% |
| Anthony de Rothschild | - | 3,414 | 4,942 | 1,803 | 3,475 | 2,022 | 15,657 | - | - | - | - | - | - | 15,657 | 0.40% |
| Lee L. Traub | - | - | 8,237 | 1,763 | - | - | 10,000 | - | - | - | - | - | - | 10,000 | 0.20% |
| Gordon Grundy | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00% |
| Rakesh Kaul | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00% |
| Nancy Koehn | - | 2,508 | 1,647 | 3,753 | 5,793 | - | 13,701 | - | - | - | 3,500 | 3,500 | 7,000 | 20,701 | 0.50% |
| Amy Singer (Sykes) | - | 1,707 | - | 387 | - | 404 | 2,498 | - | - | - | - | - | - | 2,498 | 0.10% |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Richard B. Hoffman and Mary L. Hoffman with JTWROS | - | 564 | - | - | - | - | 564 | - | - | - | - | - | - | 564 | 0.00% |
| Jason Aryeh Trust | - | - | - | 7,391 | - | - | 7,391 | - | - | - | - | - | - | 7,391 | 0.20% |
| Stephen Eisenstein | - | - | - | 14,782 | - | 10,111 | 24,893 | - | - | - | - | - | - | 24,893 | 0.60% |
| Louis Perlmutter | - | - | - | - | - | 15,167 | 15,167 | - | - | - | - | - | - | 15,167 | 0.40% |
| Eric Perlmutter, LLC | - | - | - | - | - | 7,583 | 7,583 | - | - | - | - | - | - | 7,583 | 0.20% |
| Kermit Perlmutter, LLC | - | - | - | - | - | 5,056 | 5,056 | - | - | - | - | - | - | 5,056 | 0.10% |
| Alejandro Santo Domingo | - | - | - | - | - | 101,112 | 101,112 | - | - | - | - | - | - | 101,112 | 2.40% |
| Titanium Capital | - | - | - | - | - | 10,111 | 10,111 | - | - | - | - | - | - | 10,111 | 0.20% |
| Peter F. Schlenzka | - | - | - | - | - | 20,222 | 20,222 | - | - | - | - | - | - | 20,222 | 0.50% |
| Cleland Family III, LLC | - | - | - | - | - | 101,112 | 101,112 | - | - | - | - | - | - | 101,112 | 2.40% |
| John S Castle | - | - | - | - | - | 10,111 | 10,111 | - | - | - | - | - | - | 10,111 | 0.20% |
| Susan A. Green | - | - | - | - | - | 5,055 | 5,055 | - | - | - | - | - | - | 5,055 | 0.10% |
| Wynnefield Partners Small Cap Value, LP I | - | - | - | - | - | 99,211 | 99,211 | - | - | - | - | - | - | 99,211 | 2.40% |
| Wynnefield Partners Small Cap, LP | - | - | - | - | - | 63,256 | 63,256 | - | - | - | - | - | - | 63,256 | 1.50% |
| Wynnefield Small Cap Value Offshore Fund, Ltd | - | - | - | - | - | 39,757 | 39,757 | - | - | - | - | - | - | 39,757 | 0.90% |
| Robert G. Burton, Sr. | - | - | - | - | - | 25,278 | 25,278 | - | - | - | - | - | - | 25,278 | 0.60% |
| The Larry Haimovitch Trust | - | - | - | - | - | 5,055 | 5,055 | - | - | - | - | - | - | 5,055 | 0.10% |
| Gandol Investments, Ltd. | - | - | - | - | - | 50,556 | 50,556 | - | - | - | - | - | - | 50,556 | 1.20% |
| Series D1 Investments - Pending | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0.00% |
| **Total** | **923,031** | **289,123** | **208,015** | **164,314** | **1,054,745** | **1,026,128** | **3,665,356** | **82,500** | **56,850** | **65,950** | **340,542** | **7,600** | **553,442** | **4,218,798** | **100.00%** |

## B. Lane, Inc., d/b/a Fashion to Figure et al. - Equity Holder Address List

| Name | Address | Email | Alternate Email |
|---|---|---|---|
| Ramius Enterprise Master Fund Ltd | 599 Lexington Avenue, New York, NY  10022 | acohen@ramius.com | |
| Cowen Overseas Investment LP | 599 Lexington Avenue, New York, NY  10022 | acohen@ramius.com | |
| Anthony Campbell | 85 Prospect Street, Darmouth MA  02728 | tcampbell678@gmail.com | |
| Sir Evelyn de Rothschild | 31 Tite Street. London SW3 4JP UK | nick.kelsey@saffery.com | |
| Old Blue and Green Associates | c/o Neuberger Berman, 605 Third Avenue, 43rd Floor, New | gkaminsky@nb.com; kaminskym@gtlaw.com | |
| David M. Knott | 485 Underhill Blvd., Suite 205, Syosset NY  11791 | knottd@knottpartners.com | |
| Beagle Limited | 1 West 67th Street, #901, New York NY  10023 | peter@neutrinocorp.com | |
| Stephen Siegel | c/o CBRE, 200 Park Avenue, New York  NY  10166 | stephen.siegel@cbre.com; jeanne.kelly@cbre.com | |
| Richard H. Morrison | 1708 Chapparal Lane, Lafayette CA 94549 | richardhowardmorrison@yahoo.com | |
| Timothy Hassel | Tim and Robin Hassler, General Delivery Arnold, CA 95223 | tardp@comcast.net | |
| Matthew Campbell | 19 Tiger Lilly Lane Cape Elizabeth, Maine 04107 | mcampbellme@gmail.com | |
| Melvin D. Roberts MD | 9405 S. Old Soldier Trail Vail AZ 85641 | melvinroberts0@gmail.com | |
| The Melvin and Virginia Revocable | 9405 S. Old Soldier Trail Vail AZ 85641 | melvinroberts0@gmail.com | |
| Donald and Stephanie Altman | 10 New King Street Suite 207  White Plains NY 10604 | dona@singulartech.com | |
| Stephaine Bates Altman | 55 Quaker Bridge Road, Croton-on-Hudson, NY 10520 | edwardwohl@gmail.com | |
| Donald Altman | 10 New King Street Suite 207  White Plains NY 10604 | dona@singulartech.com | |
| Edward H. Wohl | 55 Quaker Bridge Road, Croton-on-Hudson, NY 10520 | edwardwohl@gmail.com | |
| Mitchell Rudin | 15 Bradford Road, Scarsdale NY 10583 | mrudin@mack-cali.com | |
| Andrew Heffernan | Herengracht 185C Amsterdam 1016BE The Netherlands | andrew@heffholding.com | |
| Douglas W. McCormick | 1080 Fifth Avenue, Penthouse, New York NY  10128 | doug@dougmccormick.com | |
| Scott Schecter | 45 Maple Hill Drive, Larchmont NY 10538 | smschecter@gmail.com | |
| Stanley Hochhauser | 1140 5th Avenue, New York NY 10128 | stanley.hochhauser@gmail.com | |
| Barbara Altman Bruno | 10 New King Street Suite 207  White Plains NY 10604 | dona@singulartech.com | |
| Steven and Nancie Schnur | 10 New King Street Suite 207  White Plains NY 10604 | nanciejane@optonline.net | |
| Anthony de Rothschild | 5828 Ramirez Canyon Road, Malibu CA 90265 | ader1@me.com | |
| Lee. L. Traub | 524 East 72nd Street, Apt. 44A New York NY 10021 | mkassimir@mkpclaw.com | |
| Rakesh Kaul | 53 Huyler Landing Road Creskill NJ  07626 | rkaul@spherenomics.com | |
| Nancy Koehn | 637 Old Road to Nine Acre Corner, Concord MA 01742 | nkoehn@hbs.edu | |
| Amy Singer (Sykes) | 340 East 72nd Street 4S New York, NY 10021 | amysinger@google.com | |
| Richard B. Hoffman and Mary L. | 311 Okmulgee Circle London TN 37774 | rboffman@aol.com | |
| Jason Aryeh Trust | 5811 Murphy Way, Malibu CA  90265 | jason@jalaa.com | |
| Stephen Eisenstein | 3 Rockey Hollow Drive, Larchmont NY 10538 | seisenstein@harvpart.com | |
| Louis Perlmutter | 300 East 42nd Street, 14th Floor, New York, NY  10017 | lou@perlmutters.net | christine@perlmutteroffice.com |
| Eric Perlmutter, LLC | 300 East 42nd Stree,t 14th Floor, New York, NY  10017 | lou@perlmutters.net | christine@perlmutteroffice.com |
| Kermit Perlmutter, LLC | 300 East 42nd Street, 14th Floor, New York, NY  10017 | lou@perlmutters.net | christine@perlmutteroffice.com |
| Alejandro Santo Domingo | 499 Park Avenue, 24th Floor, New York, NY 10022 | Quadrant Capital Advisors, Inc. | asd@qcai.com |
| Titanium Capital | 629 26th Street, Manhattan Beach, CA  90266 | Jake Capps | capps@meaningfulpartners.com |
| Peter F. Schlenzka | P.O. Box 32, Tahoe City, CA  96145-0032 | | pfs@schlenzka.org |
| Cleland Family III, LLC | 1714 Circle Road, Ruxton, MD  21204 | Bruce Cleland | bruce@orokawa.com |

| Name | Address | Email | Alternate Email |
|---|---|---|---|
| John S. Castle | 785 Park Ave., Apt. 10A, New York, NY 10021 | | jsc@branfordcastle.com |
| Susan A. Green | c/o Peter Greene, 1251 Avenue of the Americas, New York, | | pgreen@lowenstein.com |
| Wynnefield Partners Small Cap Value, | 450 7th Avenue, Suite 509, New York, NY  10123 | Nelson Obus | nobus@wynnecap.com |
| Wynnefield Partners Small Cap, LP | 450 7th Avenue, Suite 509, New York, NY  10123 | Nelson Obus | nobus@wynnecap.com |
| Wynnefield Small Cap Value Offshore | 450 7th Avenue, Suite 509, New York, NY  10123 | Nelson Obus | nobus@wynnecap.com |
| Robert G. Burton, Sr. | 200 First Stamford Place, 2nd Floor, Stamford, CT  06902 | Rob Burton | Rob.Burton@cenveo.com |
| The Larry Haimovitch Trust | 111 Highland, Mill Valley, CA  94941 | Larry Haimovitch | larryhaim@aol.com |
| Gandol Investments, Ltd. | 104 Lancaster Gate, First Floor, London W2 3NT, U.K. | Laith Waines | laith@adisson.uk |

# United States Bankruptcy Court
### District of New Jersey

In re    **B. Lane, Inc., d/b/a Fashion to Figure**          Case No. _____

                                                        Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned certifies that the following is a (are) corporation(s), that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests:

| EQUITY HOLDER | APPROXIMATE PERCENTAGE OF SHARES HELD |
|---|---|
| **Perella Weinberg Partners** | **20.5%** |

**November  13, 2017**                          **/s/ Michael Kaplan**

Date                                               **Michael Kaplan**
                                                      **Chief Executive Officer**

**ACTION BY WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS OF**
**B. LANE, INC.**

**Dated:  November 9, 2017**

The undersigned, being all directors (the "**Director(s)**") of the board of directors (the "**Board of Directors**") of B. Lane, Inc., d/b/a Fashion to Figure ("**FTF**" or the "**Company**") hereby consent to the following actions and adopt the following resolutions as of the date hereof:

**WHEREAS**, the Company has reviewed and considered the financial and operational condition of FTF and FTF's business on the date hereof, including the historical performance of FTF, the assets of FTF, the current and long-term liabilities of FTF, and the market for FTF's products and services; and

**WHEREAS**, the Company has received, reviewed, and considered the recommendations of the senior management of the Board of Directors and FTF's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

**NOW, THEREFORE, IT IS**:

**RESOLVED,** that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company and its affiliates seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**");

**RESOLVED FURTHER,** that the Board of Directors, and such other officers or persons as the Company directs (each, an "**Officer**" and collectively, the "**Officers**") be, and each is, authorized and directed to execute and file on behalf of FTF all petitions, schedules, lists, motions, applications, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

**RESOLVED FURTHER,** that the law firm of Lowenstein Sandler LLP be employed as counsel to FTF to represent and assist FTF in carrying out FTF's duties under the Bankruptcy Code and to take any and all actions to advance FTF's rights including the preparation of pleadings and filings in connection with the Chapter 11 Cases, and the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed an appropriate application for authority to retain services of Lowenstein Sandler LLP;

**RESOLVED FURTHER**, that the Officers of FTF be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to FTF as

are deemed necessary or advisable to represent and assist FTF in carrying out FTF's duties under the Bankruptcy Code, and in connection therewith, the Officers of the Company are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms;

      **RESOLVED FURTHER**, that the Officers are, and any one of them acting alone is, hereby authorized and empowered to execute, deliver, file, and perform any agreement, document, or any amendment to the foregoing, in the name and on behalf of FTF, as may be necessary or advisable for FTF to obtain post-petition, all on such terms as the Officers deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

      **RESOLVED FURTHER**, that the granting by the Company of liens on and security interests in any collateral in connection with any transactions contemplated by the foregoing resolutions, and the filing and recording of any Uniform Commercial Code financing statements or any other document necessary to perfect each security interest contemplated thereby, or to renew, maintain or preserve such perfected security interest, be, and hereby is, authorized and approved in all respects, and the Officers are, or any one of them acting alone is, hereby authorized and directed to execute and deliver any such other collateral documents or instruments, each as the Officers executing same shall deem necessary or appropriate, and to take such actions as may be necessary or advisable to consummate the transactions contemplated thereby;

      **RESOLVED FURTHER**, that the Officers are, and any one of them acting alone is, hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as such Officers, and any of them, may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof;

      **RESOLVED FURTHER**, that all of the acts and transactions taken by the Officers, other management or Board of Directors, in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

      **RESOLVED FURTHER,** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

**IN WITNESS WHEREOF**, the undersigned, being all directors of the Board of Directors of FTF, have executed this written consent as of the date first written above.

### DIRECTORS:

By: *Matthew Campbell*
    Name:  Matthew Campbell


By: _____
    Name:  Andrew Cohen


By: _____
    Name:  Michael A. Kaplan


By: _____
    Name:  Nicholas Kaplan


By: _____
    Name:  Nancy F. Koehn


By: _____
    Name:  Edward H. Wohl

**IN WITNESS WHEREOF**, the undersigned, being all directors of the Board of Directors of FTF, have executed this written consent as of the date first written above.

**DIRECTORS:**

By: _____
     Name:  Matthew Campbell

By: _____
     Name:  Andrew Cohen

By: _____
     Name:  Michael A. Kaplan

By: _____
     Name:  Nicholas Kaplan

By: _____
     Name:  Nancy F. Koehn

By: _____
     Name:  Edward H. Wohl

**IN WITNESS WHEREOF**, the undersigned, being all directors of the Board of Directors of FTF, have executed this written consent as of the date first written above.

### DIRECTORS:

By: _____
    Name: Matthew Campbell

By: _____
    Name: Andrew Cohen

By: _____
    Name: Michael A. Kaplan

By: _____
    Name: Nicholas Kaplan

By: _____
    Name: Nancy F. Koehn

By: _____
    Name: Edward H. Wohl

**IN WITNESS WHEREOF**, the undersigned, being all directors of the Board of Directors of FTF, have executed this written consent as of the date first written above.

**DIRECTORS:**

By: _____
    Name:  Matthew Campbell

By: _____
    Name:  Andrew Cohen

By: _____
    Name:  Michael A. Kaplan

By: _____
    Name:  Nicholas Kaplan

By: _____
    Name:  Nancy F. Koehn

By: _____
    Name:  Edward H. Wohl

-3-