| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 864-8515 (ph)<br>(215) 864-8999 (fax)<br>Christine L. Barba, Esq.<br>barbac@ballardspahr.com<br>*Attorney for The Macerich Company and Centennial Real Estate Company, LLC* |

| | |
|---|---|
| In re:<br><br>B. Lane Inc. d/b/a Fashion to Figure, *et al.*<br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 17-32958-JKS<br><br>Judge: Judge John K. Sherwood., U.S.B.J.<br><br>(Joint Administration Requested) |

**NOTICE OF APPLICATION FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL BANKRUPTCY RULE 9010–1(b)**

　　　PLEASE TAKE NOTICE that the undersigned counsel for The Macerich Company and Centennial Real Estate Company, LLC, has made an application before the United States Bankruptcy Court for the District of New Jersey, the Honorable Vincent F. Papalia presiding, pursuant to Local Bankruptcy Rule 9010–1(b), for an order admitting *pro-hac vice* David L. Pollack, also of the law firm of Ballard Spahr LLP, to serve with the undersigned as co-counsel in the above-captioned bankruptcy proceeding.

Dated:  November 14, 2017

　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP

　　　　　　　　　　　　　　　　　　By:　　/s/ Christine L. Barba　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Christine L. Barba
　　　　　　　　　　　　　　　　　　　　　1735 Market Street, 51st Floor
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　Tel: (215) 864-8515
　　　　　　　　　　　　　　　　　　　　　E-mail: barbac@ballardspahr.com

　　　　　　　　　　　　　　　　　　-and-

>David L. Pollack
>(*Pro-Hac Vice* Admission Pending)
>1735 Market Street, 51st Floor
>Philadelphia, PA 19103
>Tel: (215) 864-8325
>E-mail: pollack@ballardspahr.com
>
>*Attorneys for The Macerich Company and*
>*Centennial Real Estate Company, LLC*