| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 864-8515 (ph)<br>(215) 864-8999 (fax)<br>Christine L. Barba, Esq.<br>barbac@ballardspahr.com<br>*Attorney for The Macerich Company and Centennial Real Estate Company, LLC* |
| In re:<br><br>B. Lane Inc. d/b/a Fashion to Figure, *et al.*<br>        Debtors. |

Chapter 11

Case No. 17-32958-JKS

Judge: Judge John K. Sherwood., U.S.B.J.

(Joint Administration Requested)

## APPLICATION FOR ADMISSION PRO HAC VICE
## PURSUANT TO LOCAL BANKRUPTCY RULE 9010–1(b)

The Macerich Company ("Macerich") and Centennial Real Estate Company, LLC ("Centennial"), by and through their undersigned counsel of record, make an application to the Bankruptcy Court pursuant to Local Bankruptcy Rule 9010–1(b) for the admission *pro-hac vice* of David L. Pollack, to serve as co-counsel in this case with Christine L. Barba. Both Mr. Pollack and Ms. Barba are attorneys practicing with the firm of Ballard Spahr LLP. Ms. Barba has previously entered her appearance on behalf of Macerich and Centennial in this case.

As indicated in the Certification of Christine L. Barba filed in support of this Application, David L. Pollack is qualified to be admitted *pro-hac vice* before the Bankruptcy Court in this case.

DMEAST #32346003 v1

Absent an objection to this Application, Macerich and Centennial respectfully request that the Application be granted and that the enclosed order be entered by the Bankruptcy Court admitting David L. Pollack pro-hac vice for purpose of serving as co-counsel with Ms. Barba in this case.

Dated:  November 14, 2017                **BALLARD SPAHR LLP**

/s/ Christine L. Barba
Christine L. Barba
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8515
E-mail: barbac@ballardspahr.com

and

David L. Pollack
(*Pro-Hac Vice* Admission Pending)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 864-8325
E-mail: Pollack@ballardspahr.com

*Attorneys for The Macerich Company and Centennial Real Estate Company, LLC*