| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 864-8515 (ph)<br>(215) 864-8999 (fax)<br>Christine L. Barba, Esq.<br>barbac@ballardspahr.com<br>*Attorney for The Macerich Company and Centennial Real Estate Company, LLC* |
| In re:<br><br>B. Lane Inc. d/b/a Fashion to Figure, *et al.*<br>          Debtors. |

Chapter 11

Case No. 17-32958-JKS

Judge: Judge John K. Sherwood., U.S.B.J.

(Joint Administration Requested)

### CERTIFICATION OF CHRISTINE L. BARBA IN
### SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE
### PURSUANT TO LOCAL BANKRUPTCY RULE 9010-1(b)

I, Christine L. Barba, hereby certify and state as follows:

1.   I am an attorney in the law firm of Ballard Spahr LLP, with offices at 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania, 19103, and at 210 Lake Drive East, Suite 200, Cherry Hill, New Jersey 08002.

2.   I have entered my appearance as counsel for The Macerich Company ("Macerich") and Centennial Real Estate Company, LLC ("Centennial") in the above-referenced Chapter 11 case.

3.   I am a member in good standing of the bars of the Supreme Court of New Jersey and the Supreme Court of Pennsylvania, and am licensed to practice in all courts in the State of New Jersey and Commonwealth of Pennsylvania. I am also admitted to practice before the

DMEAST #32346003 v1

United States District Court for the District of New Jersey and the United States District Court for the Eastern District of Pennsylvania.

   4. The Certification of David L. Pollack establishing his qualifications to be considered for admission to this Court *pro-hac vice* is filed herewith and is incorporated by reference.

   5. Mr. Pollack is not under suspension, disbarment or discipline in any court and has not been the subject of any disciplinary action by any court or administrative body.

   6. Macerich and Centennial have requested that Mr. Pollack act as co-counsel with me in this matter.

   7. Our firm represents landlords, creditors and other parties in bankruptcy cases in numerous jurisdictions throughout the United States. Accordingly, such representation involves participation in judicial proceedings in numerous venues. For the convenience of our clients and the convenience of the Bankruptcy Court, it is essential for co-counsel to be retained so that counsel is available to respond to motions, attend hearings and otherwise actively participate in matters as scheduled by the Court, without the need to request an adjournment due to the unavailability of counsel.

   I certify under penalty of perjury that the foregoing statements are true and correct.

   Dated: November 14, 2017

                /s/ Christine L. Barba
                Christine L. Barba