| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 864-8515 (ph)<br>(215) 864-8999 (fax)<br>Christine L. Barba, Esq.<br>barbac@ballardspahr.com<br>*Attorney for The Macerich Company and Centennial Real Estate Company, LLC* |
| In re:<br><br>B. Lane Inc. d/b/a Fashion to Figure, *et al.*<br>　　　　　　　　　Debtors. |

Chapter 11

Case No. 17-32958-JKS

Judge: Judge John K. Sherwood., U.S.B.J.

(Joint Administration Requested)

**CERTIFICATION OF DAVID L. POLLACK IN
SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE
<u>PURSUANT TO LOCAL BANKRUPTCY RULE 9010-1(b)</u>**

　　　　I, David L. Pollack, in support of the Application seeking my admission before this Court *pro-hac vice* as co-counsel for The Macerich Company ("Macerich") and Centennial Real Estate Company, LLC ("Centennial"), pursuant to Local Bankruptcy Rule 9010-1(b), hereby certify and state as follows:

　　　　1.　　I am Partner in the law firm of Ballard Spahr LLP. I maintain my regular office for the practice of law at 1735 Market Street, 51st Floor, Philadelphia, PA 19103.

　　　　2.　　I am a member in good standing of the bar of the Supreme Court of Pennsylvania, admitted in 1972. I am also a member of the bar and admitted to practice before the United States District Courts for the Eastern District of Pennsylvania, the Northern District of Texas, the Eastern and Western District of Michigan, the Eastern District of Wisconsin, and the District of

Nebraska. Additionally, I am admitted to practice before the United States Courts of Appeals for the Third and Seventh Circuits and the United States Supreme Court.

3.      I am not under suspension or disbarment in any court and I have not been subject to any disciplinary action by any court or administrative body.

4.      Co-counsel for Macerich and Centennial in this matter will be Christine L. Barba, an attorney in the law firm of Ballard Spahr LLP, who is admitted before this Court and who previously entered an appearance on behalf of Macerich and Centennial.

5.      I have been asked by Macerich and Centennial to act as co-counsel in this matter. I have been representing Macerich for more than ten (10) years in various matters.

6.      Our firm represents various landlords, creditors and other parties in bankruptcy cases in numerous jurisdictions throughout the United States. Accordingly, such representation involves participation in judicial proceedings in numerous venues, many of which proceedings occur simultaneously. For the convenience of our clients and the convenience of the Bankruptcy Court, it is essential for co-counsel to be retained so that counsel is available to respond to Motions, attend hearings and otherwise actively participate in matters as scheduled by the Bankruptcy Court, without the need to request an adjournment due to the unavailability of counsel.

7.      I have familiarized myself with the Local Bankruptcy Rules promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

8.      I am aware of my obligation to make payment of an annual fee to the New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule 1:28 and I have

DMEAST #32346003 v1                                          2

previously made payment of this obligation in connection with other representations before this Court.

9. All notices, orders and pleadings may be served upon Christine L. Barba at the address set forth in the Notice of Appearance and Request for Notice previously filed in this action. I understand that only an attorney-at-law of this Court may sign papers, enter appearances for parties, sign stipulations or sign and receive payments on judgments, decrees or orders.

10. I understand that if I am admitted *pro-hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.

I certify under penalty and perjury that the foregoing statements are true and correct.

Dated: November 14, 2017

_____
David L. Pollack

DMEAST #32346003 v1              3