| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 864-8515 (ph)<br>(215) 864-8999 (fax)<br>Christine L. Barba, Esq.<br>barbac@ballardspahr.com<br>*Attorney for The Macerich Company and Centennial Real Estate Company, LLC* | |
| In re:<br><br>B. Lane Inc. d/b/a Fashion to Figure, *et al.*<br>    Debtors. | Chapter 11<br><br>Case No. 17-32958-JKS<br><br>Judge: Judge John K. Sherwood., U.S.B.J.<br><br>(Joint Administration Requested) |

## **CERTIFICATION OF SERVICE**

1.   I, Christine L. Barba, represent The Macerich Company and Centennial Real Estate Company, LLC, in the above-captioned chapter 11 case.

2.   On November 14, 2017, I sent a copy of the Application for Admission of David L. Pollack *Pro Hac Vice* and all supporting papers to the following:

DMEAST #32346003 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth A. Rosen, Esquire<br>Lowenstein Sandler<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Attorneys for Debtors | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court) |
| United States Department of Justice<br>Office of the United States Trustee<br>United States Trustee, Region 3<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Office of the U.S. Trustee | ☐ Hand-delivered<br>■ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court) |

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 14, 2017

                                              *s/ Christine L. Barba*
                                               Christine L. Barba