**EXHIBIT A**

STATEMENTS OF SERVICES
(November 17, 2017 through January 31, 2018)

872105/007-6905880.1



Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200   F 212.478.7400   hahnhessen.com

March 5, 2018

OFFICIAL COMMITTEE OF UNSECURED CREDITOR

Invoice number: 175642

For professional services rendered from November 1, 2017 through January 31, 2018 in connection with the following:

| | | | |
|---|---|---|---:|
| 001 | GENERAL | $ | 2,991.00 |
| 002 | CREDITORS COMMITTEE | | 69,530.50 |
| 003 | RETENTION | | 6,852.00 |
| 004 | EXECUTORY CONTRACTS/LEASES | | 15,165.00 |
| 005 | CASH COLLATERAL/INVESTIGATION OF LIEN | | 50,871.50 |
| 006 | SALES OF ASSETS | | 52,947.00 |
| 007 | PROFESSIONAL FEES | | 5,886.00 |
| 009 | LITIGATION | | 966.00 |
| 012 | CLAIMS ADMINISTRATION | | 2,940.00 |
| | **Total Time** | $ | 208,149.00 |
| | | | |
| | COURT FILING AND MISC. FEES | $ | 724.00 |
| | Donations | | 10.50 |
| | LEXIS | | 2.53 |
| | MEAL | | 46.52 |
| | TRAVEL | | 21.00 |
| | **Total Disbursements** | $ | 804.55 |
| | | | |
| | **TOTAL BILL** | **$** | **208,953.55** |



Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200   F 212.478.7400   hahnhessen.com

March 5, 2018

OFFICIAL COMMITTEE OF UNSECURED CREDITOR

Invoice number: 175642

For professional services rendered from November 1, 2017 through January 31, 2018 in connection with the following:

872105          OFFICIAL COMMITTEE OF UNSECURED CREDITOR
001             GENERAL

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/29/17 | Update contact list. | SGT | 0.40 | 108.00 |
| 12/04/17 | Review draft Committee contact list and edit same (.2). | MTP | 0.20 | 186.00 |
| 12/08/17 | Work on information request letter | MTP | 2.00 | 1,860.00 |
| 01/25/18 | Review J. Page email re FTF payoff and respond to Lowenstein re same; discuss with AML re participate's right to legal fee reimbursement. | MTP | 0.30 | 279.00 |
| 01/26/18 | Review AML's draft analysis re potential available cash (.2); review Ed Schnitzer's detail preference analysis and forward same to Ken Rosen (.2); follow up emails with AML and Eisner Amper (.1); email with K. Rosen re potential settlement with TFT (.1). | MTP | 0.60 | 558.00 |

TOTAL HOURS                          3.50

TOTAL SERVICES ........................................................................$     2,991.00

DISBURSEMENT SUMMARY

COURT FILING AND MISC. FEES                                    $724.00
Donations                                                      $10.50
MEAL                                                           $46.52
TRAVEL                                                         $21.00

TOTAL DISBURSEMENTS ...........................................................$       802.02

DISBURSEMENT SUMMARY

TOTAL FEES & DISBURSEMENTS ............................................$      3,793.02

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 281 | Thompson | 0.40 | 270.00 | 108.00 |
| 364 | Power | 3.10 | 930.00 | 2,883.00 |
| ATTY TOTAL | | 3.50 | | 2,991.00 |



Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200   F 212.478.7400   hahnhessen.com

March 5, 2018

OFFICIAL COMMITTEE OF UNSECURED CREDITOR


Invoice number: 175642

For professional services rendered from November 1, 2017 through January 31, 2018 in connection with the
following:

| | 872105 | OFFICIAL COMMITTEE OF UNSECURED CREDITOR |
| | 002 | CREDITORS COMMITTEE |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/17/17 | Call with Debtors counsel (.70); team meeting re strategy and pending matters (1.00); attention to various emails with local counsel and Debtors re pending matters (.80); email committee re call and attention to various administrative matters (1.60) | AML | 4.10 | 2,460.00 |
| 11/17/17 | Conference with MTP and AL re first day orders and case management (.9); Summarize substantive first day orders for presentation to the committee (1.9); Correspond with AL re committee bylaws (.2). | ART | 3.00 | 1,155.00 |
| 11/17/17 | First meeting with Committee re case strategy (1.); team meeting with AML and ART re open tasks (.7); call with Ken Rosen re our engagement and pending matters (.3) | MTP | 2.00 | 1,860.00 |
| 11/17/17 | Prepare initial contact list; arrange for creation of email distribution lists (1.0). Calendar sale/bid objection deadlines/auction/hearing and circulate to Team (.5). | SGT | 1.50 | 405.00 |
| 11/18/17 | Review and revise A. Tiktin memo to committee re first day motions (2.00); follow up emails re same (.30). | AML | 0.30 | 180.00 |
| 11/19/17 | Finalize memo on first days (.50); email committee re same and contact list (.40) | AML | 0.90 | 540.00 |
| 11/20/17 | Email committee re memo on first days and contact list, attention to finalizing same (.70); follow up internal emails re same (.40); review by-laws and revisions to same (1.10); attention to NOAs and pro hac applications and emails re same (.40); committee call re auction/sale (1.00); review and revise minutes of call (.30) | AML | 3.90 | 2,340.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/20/17 | Draft and revise Committee bylaws (3.5); Review sale procedures and bids submitted by TFT and JC Penney (1.9); Conference call with MTP, AL, and Committee members (1.7); Draft, revise, and circulate meeting minutes (1.1); Review UST motion objecting to stalking horse bid-agency agreement and draft summary email (.7). | ART | 8.90 | 3,426.50 |
| 11/20/17 | Participate in Committee conference call to discuss bids received and tomorrow's auction (.8) | MTP | 0.80 | 744.00 |
| 11/20/17 | Attention to contact list. | SGT | 0.20 | 54.00 |
| 11/21/17 | Review recent docket entries and auction approval order (.5); Review limited objection to cash collateral and sale, draft summary email for MTP and AL (1.5). | ART | 2.00 | 770.00 |
| 11/21/17 | Draft email to Committee with update on results of today's acution (.5) | MTP | 0.50 | 465.00 |
| 11/22/17 | Email committee re hearing and next steps in case (1.30) | AML | 1.30 | 780.00 |
| 11/22/17 | Review correspondence with Committee re successful auction of inventory, FF&E, and IP (.5). | ART | 0.50 | 192.50 |
| 11/22/17 | Call with Ron Tucker re update on auction results and sale hearng (.2); review AMI's draft draft email to Committee re results of today's hgearing (.2). | MTP | 0.40 | 372.00 |
| 11/27/17 | Review second interim cash collateral order for modifications from relief previously granted (.3); Review order authorizing sale of assets free and clear of encumbrances for modifications from proposed order (.3). | ART | 0.60 | 231.00 |
| 11/28/17 | Attention to various administrative matters, including pending deadlines, distribution lists, and recent filings (1.40); professionals call to discuss next steps in case (.60); follow up internal team meeting re same and Capacity objection (.70) | AML | 2.70 | 1,620.00 |
| 11/28/17 | Review third party warehousing and order fulfillment agreement (.5); Conference call with committee professionals (1.1); Conference with MTP and AL re objection to motion for mechanic's liens (.3); Research bifurcation of mechanic's lien under the NJ UCC (.2). | ART | 2.10 | 808.50 |
| 11/28/17 | Conference call among Committee profesionals re next steps (.7) | MTP | 0.70 | 651.00 |
| 11/29/17 | Attention to emails with Committee re call to discuss next steps and meetings with MTP and A.Tiktin re same (.80) | AML | 0.80 | 480.00 |
| 11/29/17 | Research bifurcation of mechanic's lien under state law (5.7). | ART | 5.70 | 2,194.50 |
| 11/29/17 | Emails with Committee members and AML re recommendations on next steps (.2). | MTP | 0.20 | 186.00 |
| 11/29/17 | Attention to NJ forms for retention of professionals. | SGT | 1.30 | 351.00 |
| 11/30/17 | Draft information request letter (2.20); attention to by-laws and review and revise same (.80); attention to emails re 12/5 call (.30); call re wind-down officer issues and follow up meeting re same (.60); update committee distribution lists and email with committee chair re same (.40) | AML | 4.30 | 2,580.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/30/17 | Research bifurcation of mechanic's lien under state law (5.0); Conference with MTP and AL re bifurcation of mechanic's lien under state law (.5); Review debtor's motion to assume and assign executory contracts (.2); Draft settlement letter for Collateral (.5). | ART | 6.20 | 2,387.00 |
| 11/30/17 | Meeting with AML and ART re results of warehouseman liens research and possible objection based on expenses for fulfillment services, not storage and transportation costs (.5). | MTP | 0.50 | 465.00 |
| 12/01/17 | Research mechanic's liens and carrier's liens re Capacity's motion (.6). | ART | 0.60 | 231.00 |
| 12/04/17 | Draft agenda for 12/5 call, attention to emails re same (.40); draft email to committee re same, bylaws, contact list and agenda (.30) | AML | 0.70 | 420.00 |
| 12/04/17 | Review stipulation and consent order modifying cash collateral order (.2); Research priority of carrier's lien as applicable to goods shipped by warehouse (2.7). | ART | 2.90 | 1,116.50 |
| 12/04/17 | Review agenda for court hearing. | MTP | 0.10 | 93.00 |
| 12/05/17 | Committee conference call (.50); follow up team meeting (.30); emails with debtors re budget issues an discuss same with MTP (.40) | AML | 1.20 | 720.00 |
| 12/05/17 | Phone conference with committee and professionals (.6); Draft committee meeting minutes (.4). | ART | 1.00 | 385.00 |
| 12/05/17 | Participate in Committee conference call (.5); Discussion with AML re her call with Lowenstein on budget issues (.4). | MTP | 0.90 | 837.00 |
| 12/06/17 | Re budget to actual variance reports and email EisnerAmper re same (.70); emails with Company re information requests (.40) | AML | 1.10 | 660.00 |
| 12/07/17 | Review and revise minutes and email A Tiktin re same (.30); attention to emails re comments on Capacity settlement (.60); call with ACM counsel re same and case issues (.30); revise proposed final cash collateral order and email MTP re same (.70); review lease rejection notice and emails with MTP and Debtors re same (.40) | AML | 2.30 | 1,380.00 |
| 12/07/17 | Review Capacity settlement email from Buechler (.2); review revised draft cash collateral order with Capacity changes (.4). | MTP | 0.60 | 558.00 |
| 12/08/17 | Draft update email to committee re GOB sales and store closing schedule (1.10); meeting with MTP to discuss wind-down officer and follow up emails re same (.60) | AML | 1.70 | 1,020.00 |
| 12/08/17 | Review and revise slightly AML update email to Committee (.2); meeting with AML to discuss overall case issues and retention of a winddown officer (.5). | MTP | 0.70 | 651.00 |
| 12/13/17 | Discussion with MTP re next steps and wind-down officer role (.40); call with S. Kahn re same (.30); attention to follow up emails with Debtors re same (.20); discussion with MTP re committee call and email chairperson re same (.40); review proposed final utilities order and provide Debtors with comments on same (.60) | AML | 1.90 | 1,140.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/13/17 | Case strategy discussion with AML including alternative recommendations for wind-down officer and next committee call (.4). | MTP | 0.40 | 372.00 |
| 12/14/17 | Meeting with MTP re 12/15 hearing (.40); prepare for same (.80); review revised orders and emails with MTP re same (.50) | AML | 1.70 | 1,020.00 |
| 12/14/17 | Discussion with AML re covering 12/15 hearing (.3); review revised orders for tomorrow's hearing (.4). | MTP | 0.70 | 651.00 |
| 12/15/17 | Attention to emails with Committee members re call next week (.40); travel to B Lane hearing (.70); attend same (2.00); attention to follow up emails with Committee members re same (.50); call with S. Kahn re status of retention and discuss same with MTP (.40) | AML | 4.00 | 2,400.00 |
| 12/15/17 | Multiple emails with Committee re scheduling call (.2); follow up discussion with AML re retention of S Kahn (.2); call with Buechler re same (.2). | MTP | 0.60 | 558.00 |
| 12/19/17 | Email R. Meth re 341 meeting and discuss same with MTP (.30); emails with B. Buechler re status of wind-down professional retention (.20) | AML | 0.50 | 300.00 |
| 12/19/17 | Discussion with AML re Fox covering 341 meeting (.1). | MTP | 0.10 | 93.00 |
| 12/20/17 | Draft email to committee re 12/21 call (.30); draft agenda for same (.30); review EisnerAmper report on GOB (.90); email EisnerAmper re same and follow up call to discuss (.60); emails with MTP re same (.40); email Committee members re cancellation of call (.40) | AML | 2.90 | 1,740.00 |
| 12/20/17 | Review Eisner update report to Committee on GOB sale results to date and discuss same with AML and circulating report and cancelling call (1.). | MTP | 1.00 | 930.00 |
| 12/21/17 | Review revised EisnerAmper report and provide comments on same (1.10); attention to emails with Committee re schedule for vacating stores (.40); attention to emails re cancelled committee call (.30) | AML | 1.80 | 1,080.00 |
| 12/21/17 | Emails with Committee members re status of lease rejections and stub rent payments (.3). | MTP | 0.30 | 279.00 |
| 12/22/17 | Meeting with MTP and call with B. Buechler re outstanding items (.70); attention to committee expense reimbursement form and call with R. Meth re same (.30); email committee re vacate notice letter and attention to emails re Jersey Gardens January rent (.50) | AML | 1.50 | 900.00 |
| 12/22/17 | Conference call with Buechler and AML to review outstanding matters (.6); attention to issues with Jersey Garden lease (.4). | MTP | 1.00 | 930.00 |
| 12/22/17 | Prepare fillable form and affidavit for Committee Members' expense reimbursement; forward same to AML. | SGT | 1.80 | 486.00 |
| 12/26/17 | Review notice of rejection of leases (.5). | ART | 0.50 | 192.50 |
| 01/03/18 | Call with B. Buechler re status of matters including Jersey Gardens issues (.50); follow up meeting with MTP re same (.40). | AML | 0.90 | 540.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/03/18 | Review November operating report and amended schedules filed by debtor (.5). | ART | 0.50 | 192.50 |
| 01/03/18 | Review operating report (.1); emails/calls re FTF's objection on Jersey Garden's lease assignment and discuss same with AML and Buechler (.7). | MTP | 0.80 | 744.00 |
| 01/05/18 | Review limited objection to motion to assume and assign executory contracts filed by Simon Properties and corresponding objections (3.7). | ART | 3.70 | 1,424.50 |
| 01/05/18 | Review Simon Properties' limited objection to Jersey Gardens lease assignment and FTF's response (1.2). | MTP | 1.20 | 1,116.00 |
| 01/09/18 | Review removal extension motion and provide comments on same (.70); email MTP re same (.20). | AML | 0.90 | 540.00 |
| 01/10/18 | Professionals call (.60); follow up meeting with MTP re same (.30). | AML | 0.90 | 540.00 |
| 01/10/18 | Professionals' conference call to discuss overall case issues and follow up internal discussion (.8). | MTP | 0.80 | 744.00 |
| 01/12/18 | Emails with professional re fee estimates and budget issues (.40). | AML | 0.40 | 240.00 |
| 01/12/18 | Discussions with Buechler and AML re professional fee numbers (.2). | MTP | 0.20 | 186.00 |
| 01/17/18 | Attention to emails re adjournment of Simon hearing and follow up call with R. Meth re same (.50); review notice re same (.20). | AML | 0.70 | 420.00 |
| 01/17/18 | Conference call with Ron Tucker re adjournment of Jersey Garden lease hearing and follow up discussion with AML and email to R Meth re adjournment (.3). | MTP | 0.30 | 279.00 |
| 01/19/18 | Review actual to budge, GOB projections (.50); emails with Eisner re Debtors' records and transfer of same (.40). | AML | 0.90 | 540.00 |
| 01/19/18 | Review Debtor's actual-to-budget analysis and GOB estimates (.3). | MTP | 0.30 | 279.00 |
| 01/23/18 | Call with E. Schnitzer re 90-day payment information and attention to follow up emails re same (.80); call with MTP re same (.20); call with Eisner re Debtors' records and estate assets (.50); draft internal email memo re same outlining crucial Debtor documents (1.20); attention to emails with E. Schnitzer and review ELS spreadsheet re information for same, email to Eisner (.60). | AML | 3.30 | 1,980.00 |
| 01/23/18 | Discussions with AML and call with ELS re quick preference claim recovery analysis (.5). | MTP | 0.50 | 465.00 |
| 01/24/18 | Emails with Eisner and Debtors re 90 day payments, discuss same with MTP (.80); call with ELS and attention to emails with ELS and company re same (.60); follow up email updated to MTP re same (.40); call with ELS re status of same (.30). | AML | 2.10 | 1,260.00 |
| 01/24/18 | Emails and call with Lowenstein, AML re information on OCB and new value for preference analysis (.5). | MTP | 0.50 | 465.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/25/18 | Review ACM payoff request and supporting documentation, email MTP re same (.70); emails with Eisner re status of document retrieval, follow up email re same (.50); review December MOR and email Eisner re same (.60); review ELS preference analysis and follow up emails re same (1.20). | AML | 3.00 | 1,800.00 |
| 01/25/18 | Review December 2017 operating report and circulate operating report to committee professionals (.3). | ART | 0.30 | 115.50 |
| 01/25/18 | Email exchange with AML re her thoughts on ACM payoff letter and supporting docs (.2); review payoff letter (.4); review Debtor's monthly operating report (.1). | MTP | 0.70 | 651.00 |
| 01/26/18 | Attention to email re status of jersey garden settlement and communications with chambers re same (.80); follow up emails with ELS re preference analysis and call re same (.70); review updated analysis and emails with MTP and ELS re same (.60); review cash to actual budgets and other relevant documents and create wind-down budget, emails with MTP and Eisner re same (2.50); review schedules re misc. assets (.60); prepare documents for Simon hearing and attention to emails re same (.60). | AML | 5.80 | 3,480.00 |
| 01/26/18 | Email/call with Buechler and Cole Schotz re Jersey Gardens lease objection resolution (.5); emails/call with Ron Tucker (Simon) re consensual resolution of Jersey Gardens lease dispute (.3). | MTP | 0.80 | 744.00 |
| 01/30/18 | Review stipulation and order rejecting Simon lease and emails re same (.80); emails with Eisner re wind-down analysis (.50). | AML | 1.30 | 780.00 |
| 01/30/18 | Review draft settlement and reservation of rights stipulation and email AML re same (.5); multiple emails re ACM payoff letter and excessive legal fees and expenses (.3). | MTP | 0.80 | 744.00 |
| 01/31/18 | Attention to emails with Eisner re document exchange and 90-day payments, emails with MTP re same (.40); emails with MTP re ACM payoff issues (.30). | AML | 0.70 | 420.00 |

TOTAL HOURS          122.20

TOTAL SERVICES.........................................................................$      69,530.50

DISBURSEMENT SUMMARY

LEXIS                                                                                         $2.53

TOTAL DISBURSEMENTS............................................................$        2.53

TOTAL FEES & DISBURSEMENTS ...........................................$      69,533.03

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 281 | Thompson | 4.80 | 270.00 | 1,296.00 |
| 705 | Tiktin | 38.50 | 385.00 | 14,822.50 |
| 571 | Ladd | 60.50 | 600.00 | 36,300.00 |
| 364 | Power | 18.40 | 930.00 | 17,112.00 |
| ATTY TOTAL | | 122.20 | | 69,530.50 |



Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200  F 212.478.7400  hahnhessen.com

March 5, 2018

OFFICIAL COMMITTEE OF UNSECURED CREDITOR

Invoice number: 175642

For professional services rendered from November 1,2017 through January 31, 2018 in connection with the following:

|  | 872105 | OFFICIAL COMMITTEE OF UNSECURED CREDITOR |
|  | 003 | RETENTION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/20/17 | Prepare retention papers. | SGT | 2.00 | 540.00 |
| 11/21/17 | Draft retention papers. | SGT | 4.30 | 1,161.00 |
| 11/27/17 | Access NJB website for retention forms and complete same. | SGT | 1.50 | 405.00 |
| 11/30/17 | Review/revise retention papers. | SGT | 1.00 | 270.00 |
| 12/04/17 | Review and revise retention application and forward comments to SGT (1.). | MTP | 1.00 | 930.00 |
| 12/04/17 | Revise New Jersey retention forms; incorporate MTP comments to narratives. | SGT | 1.50 | 405.00 |
| 12/05/17 | Finalize retention forms and forward to MTP. | SGT | 0.80 | 216.00 |
| 12/14/17 | Call with C Biz re retention issues (.50); search engagement letter template and email C Biz and Lowenstein re same (.50); follow up emails with MTP re same (.60). | AML | 1.60 | 960.00 |
| 12/14/17 | Conference call CBIZ and Lowenstein and AML re possible retention of CBIZ as winddown officer (.5); discuss draft engagement letter for CBIZ with AML (.4); final comments on retention application (.4). | MTP | 1.30 | 1,209.00 |
| 12/14/17 | Complete 2017 Assessment forms re MTP & AML pro hac vice admissions and arrange for payment of related fees to NJ Lawyers' Fund and USDC-NJ (1.0).  Revise retention application per MTP's additional comments and forward for Committee Chairman's signature; format/organize documents for transmittal to local counsel (1.3). | SGT | 2.30 | 621.00 |
| 12/15/17 | Finalize/edit captions of retention papers and forward  for submission to NJ Court. | SGT | 0.50 | 135.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| | TOTAL HOURS | | 17.80 | |
| | TOTAL SERVICES........................................................................$ | | | 6,852.00 |

DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS.............................................................$ | | 0.00 |
| TOTAL FEES & DISBURSEMENTS .............................................$ | | 6,852.00 |

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 281 | Thompson | 13.90 | 270.00 | 3,753.00 |
| 571 | Ladd | 1.60 | 600.00 | 960.00 |
| 364 | Power | 2.30 | 930.00 | 2,139.00 |
| ATTY TOTAL | | 17.80 | | 6,852.00 |



Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200   F 212.478.7400   hahnhessen.com

March 5, 2018

OFFICIAL COMMITTEE OF UNSECURED CREDITOR

Invoice number: 175642

For professional services rendered from November 1 2017, through January 31, 2018 in connection with the following:

|  | 872105 | OFFICIAL COMMITTEE OF UNSECURED CREDITOR |
|  | 004 | EXECUTORY CONTRACTS/LEASES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/29/17 | Review motion to assume Jersey Gardens lease and draft email re same (.70) | AML | 0.70 | 420.00 |
| 12/01/17 | Call with R. Tucker re Jersey Gardens location and review documents related to same (.80); follow up emails with R. Tucker and MTP re same and call to discuss (.50) | AML | 1.30 | 780.00 |
| 12/01/17 | Review Court order shortening notice on Jersey Garden lease assumption and assignment (.1); emails with AMC re warehouse lien research (.2). | MTP | 0.20 | 186.00 |
| 12/05/17 | Call with R. Tucker and MTP re Jersey Gardens issues (.50) | AML | 0.50 | 300.00 |
| 12/05/17 | Conference call with Ron Tucker and AML re Jersey Gardens lease assumption | MTP | 0.50 | 465.00 |
| 12/13/17 | Review Simon objection to motion to assume and asking and letter agreement exhibit (.80); discussions with B. Buchler re TFT response to same (.20); follow up discussions with MTP (.20); review proposed order (.30) | AML | 1.50 | 900.00 |
| 12/13/17 | Review Simon objection and discuss same with AML (.5) | MTP | 0.50 | 465.00 |
| 12/14/17 | Review TFT response to Jersey Gardens assumption and assignment motion (.60); attention to follow up emails re same (.50); meeting with MTP re same (.40) | AML | 1.50 | 900.00 |
| 12/14/17 | Review TFT objection re Simon Property lease modification letter (.5); emails with Lowenstein and Cole Schotz and discuss same with AML (.7) | MTP | 1.20 | 1,116.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/04/18 | Review Debtors' reply brief and declarations (.80); review Simon declarations (.50); emails with MTP re same (.30); review revised Tucker declaration and email MTP re same (.40); draft Committee joinder to Debtors' reply brief (3.80); review and revise same (.80); email MTP re same (.20). | AML | 6.80 | 4,080.00 |
| 01/05/18 | Revise Simon joinder per MTP comments (.60); attention to finalizing and filing same (.40); review final reply brief and Simon declarations filed with court (.70). | AML | 1.70 | 1,020.00 |
| 01/05/18 | Review and comment on AML's draft joinder to Debtor's response to TFT's objection to Jersey Gardens lease modification (.8); call with Ron Tucker re issues concerning TFT's knowledge of lease amendment (.3); call with Lowenstein re same (.3) | MTP | 1.40 | 1,302.00 |
| 01/09/18 | Attention to emails re adjournment of 1/10 hearing on Simon lease and discuss same with MTP (.60). | AML | 0.60 | 360.00 |
| 01/09/18 | Multyiple emails with Lowenstein, Cole, AML, Simon re adjournment of hearing on lease assumption (.5) | MTP | 0.50 | 465.00 |
| 01/19/18 | Attention to emails re settlement communications with TFT re Simon lease and discussion with MTP re same (.60). | AML | 0.60 | 360.00 |
| 01/19/18 | Multiple emails/calls with Lowenstein, Eisner, Coile, Simon re attempts to negotiate a settlement resolution concerning Jersey Gardens lease assumption (1.)); discussion with AML re same (.2) | MTP | 1.20 | 1,116.00 |
| 01/29/18 | Call/emails with Ron Tucker re status of contested hearing tomorrow on Jersey Garden's lease assignment (.2); call/emails with B. Buechler re same (.20); review draft stipulation of settlement from Cole Shotz (.3); discuss with AML (.1); email update to Rick Melt (.1); review P. Gross email to Judge Sherwood (.1). | MTP | 1.00 | 930.00 |

TOTAL HOURS    21.70

TOTAL SERVICES..........................................................................$    15,165.00

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 571 | Ladd | 15.20 | 600.00 | 9,120.00 |
| 364 | Power | 6.50 | 930.00 | 6,045.00 |
| ATTY TOTAL | | 21.70 | | 15,165.00 |



Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200  F 212.478.7400  hahnhessen.com

March 5, 2018

OFFICIAL COMMITTEE OF UNSECURED CREDITOR

Invoice number: 175642

For professional services rendered from November 1, 2017 through January 31, 2018 in connection with the
following:

872105         OFFICIAL COMMITTEE OF UNSECURED CREDITOR
005            CASH COLLATERAL/INVESTIGATION OF LIEN

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/17/17 | Review cash collateral motion and order and begin outlining limited objection to same (2.50) | AML | 2.50 | 1,500.00 |
| 11/18/17 | Draft limited objection to cash collateral (5.00); detailed review of proposed order and notes on same (.80) | AML | 5.80 | 3,480.00 |
| 11/20/17 | Review final objection to cash collateral and attention to filing and service of same (.70) | AML | 0.70 | 420.00 |
| 11/20/17 | Review and revise limited objection to Debtor's cash collateral motion (1.); discuss same with AML (.4) | MTP | 1.40 | 1,302.00 |
| 11/28/17 | Review stipulation revising cash collateral order, and provide comments on same (.80); emails with MTP re same (.30) | AML | 1.10 | 660.00 |
| 11/28/17 | Email exchange with AML re limited objection to cash collateral motion (.2); review and revise same for filing (1.5). | MTP | 1.70 | 1,581.00 |
| 12/01/17 | Emails with Buchler and B. Shraiberg re payoff calculation to ACM (.2). | MTP | 0.20 | 186.00 |
| 12/05/17 | Review Kaplan promissory notes and emails re same (.70) | AML | 0.70 | 420.00 |
| 12/05/17 | Review Kaplan promissory notes and discuss with AML (.5). | MTP | 0.50 | 465.00 |
| 12/12/17 | Draft statement re final cash collateral order (2.00); discussion with MTP re same (.30); attention to emails with counsel to debtors and ACM re same (.40); review budget (.70) | AML | 3.40 | 2,040.00 |
| 12/12/17 | Review AML's draft statement on final cash collateral order (.5). | MTP | 0.50 | 465.00 |
| 12/12/17 | Discussion with AML re Committee's statement with respect to proposed final cash collateral order (.3); review and comment on same before filing (.8); review cash collateral budget and email Lowenstein re questions on same (.5). | MTP | 1.60 | 1,488.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/13/17 | Review cash collateral statement per MTP comments and attention to finalizing and filing same (.90); review proposed final cash collateral and budget (.80); call with B. Buchler re comments to same (.30); attention to follow up emails with counsel to ACM and Debtors re same (.40); review ACM objection to cash collateral (.40); view budget to actual week of 12/9 (.30) | AML | 3.10 | 1,860.00 |
| 12/13/17 | Review and comment on draft cash collateral order and discuss my comments with AML (.3); multiple follow up emails with Lowenstein, ACM counsel re issues with budget and getting paid now (.5); review ACM's objection to cash collateral (.3); view actual-to-budget for last week (.2). | MTP | 1.30 | 1,209.00 |
| 12/14/17 | Review final cash collateral order and attention to various emails re outstanding issues with same (1.30) | AML | 1.30 | 780.00 |
| 12/14/17 | Attention to multiple emails with Lowenstein, ACM counsel, SB360 counsel, and ALM re issues with final cash collateral order, cash collateral budget and ACM legal fees payment (.5). | MTP | 0.50 | 465.00 |
| 12/15/17 | Review ACM loan documents (2.30); email MTP re same (.30) | AML | 2.60 | 1,560.00 |
| 12/21/17 | Email Lowenstein re UCC searches and internal discussions re logistics of same (.50) | AML | 0.50 | 300.00 |
| 12/22/17 | Brief review of schedules and emails with EisnerAmper re same (1.30); review UCC 1 liens searches and discuss with MTP (1.40); email Lowenstein follow up priority document request (.40) | AML | 3.10 | 1,860.00 |
| 12/22/17 | Discussion with AML re results of UCC-1 Lien searches for ACM/Cowen (.4). | MTP | 0.40 | 372.00 |
| 01/03/18 | Draft memo to committee re investigation and perfection of liens (2.50); review Kaplan guaranty (.40); review ACM loan documents and other documents produced by Debtors re prepetition marketing of company (2.20). | AML | 5.10 | 3,060.00 |
| 01/05/18 | Review memos on re-characterization of debt to equity and additional research re same (3.50); continue review of Debtors' document production and notes on same (1.80). | AML | 5.30 | 3,180.00 |
| 01/09/18 | Meet with MTP re strategy on investigation and possible claims (.80); email Debtors re additional document request (.50); meet with AT re additional research re re-characterization and attention to emails re same (.30) draft complaint re re-characterization and other potential claims (3.70). | AML | 5.30 | 3,180.00 |
| 01/09/18 | Research case law re recharacterization of debt as equity (1.1). | ART | 1.10 | 423.50 |
| 01/09/18 | Case strategy discussion with AML re challenging Cowen secured debt claim as equity (.8). | MTP | 0.80 | 744.00 |
| 01/10/18 | Draft complaint regarding re-characterization and other potential claims (6.20). | AML | 6.20 | 3,720.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/11/18 | Draft complaint regarding re-characterization and other potential claims (7.20); review and revise same (1.10); create Exhibit to same (.60); email MTP re same (.40). | AML | 9.30 | 5,580.00 |
| 01/12/18 | Additional research regarding re-characterization (1.10); draft email memo to MTP re same and issues re complaint (.70); follow up emails re same (.30). | AML | 2.10 | 1,260.00 |
| 01/16/18 | Meeting with MTP to review complaint and discuss next steps (.50); draft memo to committee re recommendations regarding same (5.00); attention to finalizing same and circulating to committee (.40). | AML | 5.90 | 3,540.00 |
| 01/16/18 | Discussion with AML re draft complaint (.5); revise draft cover email to Committee re Cowen (1.0) | MTP | 1.50 | 1,395.00 |
| 01/17/18 | Review Kaplan notes (.50). | AML | 0.50 | 300.00 |
| 01/26/18 | Review loan documents and ACM payoff request and draft email to Debtors re issues related to same (1.60). | AML | 1.60 | 960.00 |
| 01/26/18 | Review AML's draft complaint (.7); revise draft email recommendation to Committee re not filing an action challenging Cowen's secured debt claim (.5). | MTP | 1.20 | 1,116.00 |

TOTAL HOURS                     78.80

TOTAL SERVICES.........................................................................$    50,871.50

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 705 | Tiktin | 1.10 | 385.00 | 423.50 |
| 571 | Ladd | 66.10 | 600.00 | 39,660.00 |
| 364 | Power | 11.60 | 930.00 | 10,788.00 |
| ATTY TOTAL | | 78.80 | | 50,871.50 |



Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200   F 212.478.7400   hahnhessen.com

March 5, 2018

OFFICIAL COMMITTEE OF UNSECURED CREDITOR

Invoice number: 175642

For professional services rendered from November 1, 2017 through January 31, 2018 in connection with the following:

| | 872105 | OFFICIAL COMMITTEE OF UNSECURED CREDITOR |
| | 006 | SALES OF ASSETS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/19/17 | Detailed review of Agency Agreement and notes on same (2.00); draft objection to same (8.00) | AML | 10.00 | 6,000.00 |
| 11/19/17 | Review Agency Agreement and issues and comments on same (.8); call with Maura Russell re our issues with Agency Agreement (.5); review and comment on draft objection to agency agreement (1.5). | MTP | 2.80 | 2,604.00 |
| 11/20/17 | Review UST objection to agency agreement (.30); email MTP re same (.10); review bids for assets and MTP email summarizing same (2.80) | AML | 3.20 | 1,920.00 |
| 11/20/17 | Review bids for JCP and TFT, miscellaneous conferences and emails with MTP regarding same. | DDG | 1.80 | 1,503.00 |
| 11/20/17 | Review bids submitted by TFT, JC Penney, 360/SB re sale of inventory and IP (1.5); multiple calls/emails with Lowenstein,Cole Schotz, Posinelli, Sycamore Capital, Alan Halperin re possibly postponing IP auction (1.4) | MTP | 2.90 | 2,697.00 |
| 11/21/17 | Travel to auction (1.00); attend auction for Debtors' assets (9.00); meeting with SB/360 and TFT counsel to review and revise APAs and sale orders (3.30); attention to follow up emails and revisions to same (1.60) | AML | 14.90 | 8,940.00 |
| 11/21/17 | Participate in auction of inventory and intellectual property at Lowenstein's offices | MTP | 12.00 | 11,160.00 |
| 11/22/17 | Review various revisions to inventory and IP asset purchase agreements and sale orders and various emails re same (3.70); travel to hearing re same (1.00); attend hearing re same (4.00) | AML | 8.70 | 5,220.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/22/17 | Review revisions to APA, miscellaneous emails with MTP and AML regarding same (1.8); conference and email with MTP regarding remaining issues (.8). | DDG | 2.60 | 2,171.00 |
| 11/22/17 | Attend sale hearing in NJ Bankruptcu Court (inlcuding travel at 50%) | MTP | 5.50 | 5,115.00 |
| 11/26/17 | Call with Ken Rosen re Tuesday's auction and discuss possibility of adjourning the IP sale to mid-December (.3); emails with AML re same and draft objection (.4) | MTP | 0.70 | 651.00 |
| 11/29/17 | Review TFT closing documents and schedules and emails with D. Grubman and MTP re same (1.10); follow up calls with TFT counsel re issues related to same (.60) | AML | 1.70 | 1,020.00 |
| 11/29/17 | Review closing documents, conferences and emails with AML regarding same. | DDG | 0.40 | 334.00 |
| 11/29/17 | Multiple emails re TFT closing docs (.3); review closing TFT documents and discuss same with DDG and email to Lowenstein with comments (1.5). | MTP | 1.80 | 1,674.00 |
| 11/30/17 | Review TFT closing documents and emails re same (.70); review and revise access letter (.60) | AML | 1.30 | 780.00 |
| 11/30/17 | Attention to draft access letter with TFT and discuss my issues/comments with AML (.6). | MTP | 0.60 | 558.00 |
| 12/01/17 | Attention to emails re ACM payoff and interest calculation, follow up call with EisnerAmper re same (.60); call with EisnerAmper re GOB sales and agency agreement issues (.40) | AML | 1.00 | 600.00 |

TOTAL HOURS                               71.90

TOTAL SERVICES.........................................................................$     52,947.00

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 571 | Ladd | 40.80 | 600.00 | 24,480.00 |
| 426 | Grubman | 4.80 | 835.00 | 4,008.00 |
| 364 | Power | 26.30 | 930.00 | 24,459.00 |
| ATTY TOTAL | | 71.90 | | 52,947.00 |



Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200   F 212.478.7400   hahnhessen.com

March 5, 2018

OFFICIAL COMMITTEE OF UNSECURED CREDITOR

Invoice number: 175642

For professional services rendered from November 1, 2017 through January 31, 2018 in connection with the
following:

872105          OFFICIAL COMMITTEE OF UNSECURED CREDITOR
007             PROFESSIONAL FEES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/22/18 | Review services to date towards preparation of monthly fee application. | SGT | 3.30 | 891.00 |
| 01/23/18 | Continue review of services rendered to date and categorize same per NJ form of cover sheet. | SGT | 3.50 | 945.00 |
| 01/24/18 | Review pre-bills and categorize services in conformity with Court's fee application cover sheet (1.3). continue re-categorizing services (2.5). | SGT | 3.80 | 1,026.00 |
| 01/25/18 | Continue review and allocation of services (1.0).  continue review and allocation of services (.8); commence draft of first combined monthly fee statement (1.0). | SGT | 2.80 | 756.00 |
| 01/26/18 | Prepare charts summarizing monthly compensation (1.0). Work on monthly fee statement (1.10), | SGT | 2.10 | 567.00 |
| 01/29/18 | Prepare draft monthly fee statement (2.8); prepare outline for first interim application (3.5). | SGT | 6.30 | 1,701.00 |

TOTAL HOURS                    21.80

TOTAL SERVICES..........................................................................$      5,886.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 281 | Thompson | 21.80 | 270.00 | 5,886.00 |
| ATTY TOTAL | | 21.80 | | 5,886.00 |



Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200   F 212.478.7400   hahnhessen.com

March 5, 2018

OFFICIAL COMMITTEE OF UNSECURED CREDITOR

Invoice number: 175642

For professional services rendered from November 1, 2017 through January 31, 2018 in connection with the following:

| | 872105 | OFFICIAL COMMITTEE OF UNSECURED CREDITOR |
| | 009 | LITIGATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/18/18 | Review spreadsheet re preference information and follow up emails re same (.70); follow up emails with Eisner re same and access to Debtors' files (.60). | AML | 1.30 | 780.00 |
| 01/25/18 | Email ELS and AML re preference analysis follow up. | MTP | 0.20 | 186.00 |

| | | | TOTAL HOURS | 1.50 | |
|--|--|--|--|--|--|

TOTAL SERVICES.........................................................................$    966.00

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 571 | Ladd | 1.30 | 600.00 | 780.00 |
| 364 | Power | 0.20 | 930.00 | 186.00 |
| ATTY TOTAL | | 1.50 | | 966.00 |



Hahn & Hessen LLP
488 Madison Avenue, New York, NY 10022
T 212.478.7200   F 212.478.7400   hahnhessen.com

March 5, 2018

OFFICIAL COMMITTEE OF UNSECURED CREDITOR

Invoice number: 175642

For professional services rendered from November 1,2017 through January 31, 2018 in connection with the
following:

872105          OFFICIAL COMMITTEE OF UNSECURED CREDITOR
012             CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/30/17 | Team meeting re Capacity claim (.40); follow up emails with Debtors re same (.40); review Capacity invoices and warehouse agreement (.80) | AML | 1.60 | 960.00 |
| 12/01/17 | Review Warehouseman lien documents (.70); review and revise A. Tiktin settlement letter on same (.80); follow up emails with A Tiktin and MTP re same (.60) | AML | 2.10 | 1,260.00 |
| 12/05/17 | Review Capacity settlement agreement (.60); attention to emails re comments to same (.60) | AML | 1.20 | 720.00 |

TOTAL HOURS                          4.90

TOTAL SERVICES........................................................................$     2,940.00

SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 571 | Ladd | 4.90 | 600.00 | 2,940.00 |
| ATTY TOTAL | | 4.90 | | 2,940.00 |

## TIMEKEEPER SUMMARY

|       |           | HOURS  | BILLED PER HOUR | BILLED AMOUNT |
|-------|-----------|--------|-----------------|---------------|
| 281   | Thompson  | 40.90  | 270.00          | 11,043.00     |
| 705   | Tiktin    | 39.60  | 385.00          | 15,246.00     |
| 571   | Ladd      | 190.40 | 600.00          | 114,240.00    |
| 426   | Grubman   | 4.80   | 835.00          | 4,008.00      |
| 364   | Power     | 68.40  | 930.00          | 63,612.00     |
|       | **TOTAL AMOUNT** | 344.10 |          | 208,149.00    |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| GENERAL | 3.50 | 2,991.00 |
| CREDITORS COMMITTEE | 122.20 | 69,530.50 |
| RETENTION | 17.80 | 6,852.00 |
| EXECUTORY CONTRACTS/LEASES | 21.70 | 15,165.00 |
| CASH COLLATERAL/INVESTIGATION OF LIEN | 78.80 | 50,871.50 |
| SALES OF ASSETS | 71.90 | 52,947.00 |
| PROFESSIONAL FEES | 21.80 | 5,886.00 |
| LITIGATION | 1.50 | 966.00 |
| CLAIMS ADMINISTRATION | 4.90 | 2,940.00 |
| **TOTAL** | 344.10 | 208,149.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| COURT FILING AND MISC. FEES | CLERK, USDC | 724.00 |
| LEXIS | LEXIS - NEXIS | 2.53 |
| MEAL | GRUBHUB HOLDINGS INC. | 46.52 |
| POSTAGE | | 0.00 |
| TRAVEL | ALISON LADD | 21.00 |
| Donations | ALISON LADD | 10.50 |
| | **TOTAL** | 804.55 |

Client:  872105.001

Please Remit Payment To:   Hahn & Hessen, LLP
                           488 Madison Avenue
                           New York, NY 10022
                           (212) 478-7200

                           Tax ID# 13-5573206

Invoice number: 175642

Total charges due:

 Fees:                                                                 208,149.00

 Disbursements:                                                            804.55

Total Due:                                                             208,953.55

**PLEASE ENCLOSE THIS PAGE WITH YOUR REMITTANCE**