# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re RWRF, Inc., et al.  
Debtors

Case No. 17-32958 (JKS)  
Reporting Period: 2/4/18 - 3/3/18

## MONTHLY OPERATING REPORT

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_Bill Ander_ (signature)  
Signature of Preparer

_3/19/18_  
Date

_Bill Anderson_  
Printed Name of Preparer

_Controller_  
Title of Preparer

_N__ (signature)  
Signature of Authorized Individual*

_3/19/18_  
Date

_Nicholas Kopaon_  
Printed Name of Authorized Individual

_COO_  
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re RWRF, Inc.

**Debtor**

Case No. 17-32958 (JKS)
Reporting Period: 2/4/18 - 3/3/18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.

Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account.

| | BANK ACCOUNTS | | | | CURRENT MONTH | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | ACTUAL | |
| **CASH BEGINNING OF MONTH** | 260678.13 | 0 | 0 | | 260678.13 | 228164.26 | |
| | | | | | | | |
| **RECEIPTS** | | | | | | | |
| CASH SALES | | | | | 0 | 682004.31 | |
| ACCOUNTS RECEIVABLE | 63621.57 | | | | 63621.57 | 3262355.89 | |
| LOANS AND ADVANCES | | | | | 0 | 0 | |
| SALE OF ASSETS | 362103.87 | | | | 362103.87 | 362103.87 | |
| OTHER (ATTACH LIST) | 31731.07 | | | | 31731.07 | 1218297.55 | |
| TRANSFERS (FROM DIP ACCTS) | | 12430.45 | | | 12430.45 | 872149.44 | |
| | | | | | 0 | | |
| **TOTAL RECEIPTS** | 457456.51 | 12430.45 | | | 469886.96 | 6396911.06 | |
| | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| NET PAYROLL | | 12430.45 | | | 12430.45 | 872149.44 | |
| PAYROLL TAXES | | | | | 0 | 0 | |
| SALES, USE, & OTHER TAXES | 4356.82 | | | | 4356.82 | 192631.2 | |
| INVENTORY PURCHASES | 0 | | | | 0 | 19384.89 | |
| SECURED/ RENTAL/ LEASES | 136040.14 | | | | 136040.14 | 647813.16 | |
| INSURANCE | 4875.83 | | | | 4875.83 | 42575.05 | |
| ADMINISTRATIVE | 7451.6 | | | | 7451.6 | 181419.72 | |
| SELLING | 91.88 | | | | 91.88 | 91.88 | |
| OTHER (ATTACH LIST) | | | | | 0 | 3217009.87 | |
| | | | | | 0 | 0 | |
| OWNER DRAW * | | | | | 0 | 0 | |
| TRANSFERS (TO DIP ACCTS) | 12430.45 | | | | 12430.45 | 872149.44 | |
| | | | | | 0 | 0 | |
| PROFESSIONAL FEES | 50403.39 | | | | 50403.39 | 62416.14 | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | 0 | 14950 | |
| COURT COSTS | | | | | 0 | | |
| **TOTAL DISBURSEMENTS** | 215650.11 | 12430.45 | | | 228080.56 | 6122590.79 | |
| | | | | | | | |
| NET CASH FLOW | 241806.4 | 0 | | | 241806.4 | 274320.27 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | |
| | | | | | | | |
| **CASH - END OF MONTH** | 502484.53 | | | | 502484.53 | 502484.53 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 228080.56 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | -12430.45 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts)** | 25013 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 240663.11 |

**Note: Proceeds held in escrow by Debtors' Counsel were disbursed to Crystal & Company for the D & O Insurance 6-year tail.

In re RWRF CT LLC
                    Debtor

Case No. 17-32962 (JKS)
Reporting Period: 2/4/18 - 3/3/18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the
first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must
equal the sum of the four bank account columns.

Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal
must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| **NET CASH FLOW** | 0 | 0 | 0 | 0 | 0 | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 0 | 0 | 0 | 0 | 0 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
| --- | --- |
| **TOTAL DISBURSEMENTS** | 0 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 0 |

FORM MOR-1
(04/07)

In re RWRF NJ LLC
                    Debtor

Case No. 17-32961 (JKS)
Reporting Period: 2/4/18 - 3/3/18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.

Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING  OF MONTH | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
|  TOTAL  RECEIPTS | | | | | | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| NET CASH FLOW | 0 | 0 | 0 | 0 | 0 | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| CASH - END OF MONTH | 0 | 0 | 0 | 0 | 0 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | 0 |
|  LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0 |
|  PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 0 |

In re RWRF DE LLC
       Debtor

Case No. 17-32964 (JKS)
Reporting Period: 2/4/18 - 3/3/18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.

Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| NET CASH FLOW | 0 | 0 | 0 | 0 | 0 | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| CASH - END OF MONTH | 0 | 0 | 0 | 0 | 0 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 0 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 0 |

In re RWRF GA LLC
        Debtor

Case No. 17-32965 (JKS)
Reporting Period: 2/4/18 - 3/3/18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.

Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| **NET CASH FLOW** | 0 | 0 | 0 | 0 | 0 | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 0 | 0 | 0 | 0 | 0 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 0 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 0 |

In re RWRF MA LLC

Debtor

Case No. 17-32968 (JKS)

Reporting Period: 2/4/18 - 3/3/18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.

Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING  OF MONTH | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH  SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE  OF  ASSETS | | | | | | | | |
| OTHER  (ATTACH LIST) | | | | | | | | |
| TRANSFERS  (FROM  DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| **TOTAL  RECEIPTS** | | | | | | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL  TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER  (ATTACH  LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| NET CASH FLOW | 0 | 0 | 0 | 0 | 0 | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 0 | 0 | 0 | 0 | 0 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 0 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 0 |

In re RWRF MD LLC

Debtor

Case No. 17-32969 (JKS)

Reporting Period: 2/4/18 - 3/3/18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.   The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.   The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.

Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING  OF MONTH | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH  SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE  OF  ASSETS | | | | | | | | |
| OTHER  (ATTACH LIST) | | | | | | | | |
| TRANSFERS  (FROM  DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
|  TOTAL  RECEIPTS | | | | | | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER  (ATTACH  LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 0 | 0 | 0 | 0 | 0 | | | |
| | | | | | | | | |
| NET CASH FLOW | 0 | 0 | 0 | 0 | 0 | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| CASH - END OF MONTH | 0 | 0 | 0 | 0 | 0 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 0 |
|   LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | 0 |
|   PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 0 |

FORM MOR-1
(04/07)

In re RWRF, Inc., et al.                              Case No. 17-32958 (JKS)
                        Debtors                       Reporting Period: 2/4/18 - 3/3/18

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1

nk reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | |
|---|---|---|---|---|
| | # | | # | |
| **BALANCE PER BOOKS** | 502484.53 | | | 0 |
| | | | | |
| BANK BALANCE | 503028.48 | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | 543.95 | | | |
| OTHER  (ATTACH EXPLANATION) | | | | |
| ADJUSTED BANK BALANCE * | 502484.53 | | | |
| * Adjusted bank balance must equal | | | | |
| balance per books | | | | |
| | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount |
| | 31093 | 225.06 | | |
| | 31099 | 50 | | |
| | 31100 | 41.88 | | |
| | 31101 | 200 | | |
| | 31103 | 27 | | |
| | | | | |
| | | | | |
| | | | | |
| OTHER | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re RWRF, Inc., et al.                                    Case No. 17-32958 (JKS)
                          Debtors                           Reporting Period: 2/4/18 - 3/3/18

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Prime Clerk | 1/1/18-1/31/18 | 10384.39 | B. Lane, Inc. | WIRE | 3/1/2018 | | 10384.39 | 0 | 22397.14 |
| Halperin Battaglia Benzija LLP | 11/14/17-1/31/18 | 5000 | B. Lane, Inc. | WIRE | 2/8/2018 | | 5000 | | 5000 |
| Shraiberg Landau Page | 11/14/17-1/31/18 | 35019 | B. Lane, Inc. | WIRE | 2/8/2018 | | 35019 | | 35019 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re RWRF, Inc., et al.
Debtors

Case No. 17-32958 (JKS)
Reporting Period: 2/4/18 - 3/3/18

**STATEMENT OF OPERATIONS**
(Income Statement)

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Sales | $0 | $1,408,812 |
| Returns | $0 | ($174,714) |
| Net Sales per Epicor | $0 | $1,234,098 |
| Sales Returns & Allowances | $0 | $0 |
| Other Revenue | $0 | $548,197 |
| E-commerce Freight Charged | $0 | $24,797 |
| Net Revenue | $0 | $1,807,092 |
| **COST OF GOODS SOLD** | | |
| COGS | $0 | $886,548 |
| Freight In Expense | $0 | $16,047 |
| Freight Out to Customers | $0 | $40,035 |
| Cost of Goods Sold | $0 | $942,631 |
| Gross Profit | $0 | $864,462 |
| **OPERATING EXPENSES** | | |
| Payroll | $0 | $235,484 |
| Bonus | $0 | $0 |
| Benefits | $0 | $7,603 |
| PR Taxes | $0 | $27,150 |
| PR Processing Fees | $0 | $4,426 |
| Bags & Boxes | $0 | $0 |
| Supplies | $0 | $10,937 |
| Cash Over/Short | $0 | $18,106 |
| Utilities | $0 | $44,444 |
| Telecom | $0 | $9,792 |
| General Maintenance | $467 | $14,050 |
| P.O.S. Maintenance | $0 | $7,429 |
| In-Store Music | $0 | $3,202 |
| Marketing | $0 | $79,042 |
| T&E/Auto | $0 | $0 |
| Credit Card Fees | $0 | $26,050 |
| Armored Transport | $0 | $6,325 |
| Bad Debt/Chargebacks | $0 | $504 |
| Postage/Freight | $0 | $1,568 |
| Web 3PL Expense | $0 | ($22,295) |
| Web Hosting/Development | $1,077 | $47,811 |
| Interest Expense | $0 | $1,606 |
| Other | $0 | $0 |
| Minimum Rent | $0 | $261,435 |
| Percent Rent | $0 | $0 |
| Deferred Rent | $0 | $0 |
| Common Area | $0 | $246,163 |
| Landlord Admin Fees | $0 | $849 |
| Insurance | $0 | $566 |
| Real Property Taxes | $0 | $121,932 |
| Personal Property Taxes | $0 | $16,611 |
| Corporate Payroll | $11,738 | $321,735 |
| Benefits | $627 | $25,604 |
| PR Processing Fees | ($48) | $1,439 |
| PR Taxes | $1,040 | $29,100 |
| Minimum Rent | $0 | $60,414 |
| Deferred Rent | $0 | ($1,645) |
| Common Area | $0 | $0 |
| Insurance | $22,167 | $54,748 |
| Real Property Taxes | $0 | ($223) |
| Personal Property Taxes | $0 | $0 |
| Professional/Legal Services | $50,403 | $581,356 |
| Outsourced IT Services | $0 | $102,739 |
| Store Operations | $0 | $0 |
| T&E/Auto | $0 | $4,847 |
| Telecom | $0 | $17,260 |
| General Maintenance | $0 | $4,345 |
| Postage/Freight | $0 | $16,292 |
| Supplies | $115 | $18,025 |
| Merchandising/Fit Models | $0 | $900 |
| Photo Shoots | $0 | $17,829 |
| Marketing | $0 | $841 |
| Interest Expense | $0 | $54,178 |
| Interest Income | ($798) | ($3,487) |
| Bank Charges | $1,236 | $11,475 |
| Other | $3,572 | $17,041 |
| Total Operating Expenses Before Depreciation | $91,598 | $2,495,605 |
| Depreciation/Depletion/Amortization | $0 | $476,578 |
| Net Profit (Loss) Before Other Income & Expenses | ($91,598) | ($2,107,723) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | 0 |
| Interest Expense | | 0 |
| Other Non-Recurring Expense | ($994,467) | ($1,103,932) |
| Net Profit (Loss) Before Reorganization Items | $902,869 | ($1,003,791) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | 0 |
| U. S. Trustee Quarterly Fees | | 0 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | 0 |
| Gain (Loss) from Sale of Equipment | | 0 |
| Other Reorganization Expenses (attach schedule) | | 0 |
| Total Reorganization Expenses | | 0 |
| Income Taxes | | 0 |
| State Equity Taxes | $0 | $310 |
| Net Profit (Loss) | $902,869 | ($1,004,102) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re RWRF, Inc., et al.                                                  Case No. 17-32958 (JKS)
                          Debtors                                          Reporting Period: 2/4/18 - 3/3/18

## BALANCE SHEET

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE (October 28, closest closed data) |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 516,637 | 807,308 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 0 | |
| Accounts Receivable (Net)** | 24,264 | 476,933 |
| Notes Receivable | 0 | 0 |
| Inventories | 0 | 1,528,399 |
| Prepaid Expenses | 31,868 | 396,481 |
| Professional Retainers | 0 | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | 572,770 | 3,209,122 |
| **PROPERTY AND EQUIPMENT** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL PROPERTY & EQUIPMENT* | $0 | $3,864,030 |
| **OTHER ASSETS** | | |
| | | |
| | | |
| *TOTAL OTHER ASSETS* | $1,103,508 | $1,107,298 |
| | | |
| **TOTAL ASSETS** | $1,676,278 | $8,180,450 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | $28,202 | $7,457,912 |
| Sales Tax Payable | ($0) | $2,293,235 |
| Accrued Payroll | $5,002 | $1,889,505 |
| LEASE LIABILITY | $0 | $110,749 |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees*** | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $33,205 | $11,751,402 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | $0 | $1,250,000 |
| Priority Debt | | |
| Accrued Expenses | ($10,054) | $49,086 |
| Unsecured Debt | $7,527,266 | |
| *TOTAL PRE-PETITION LIABILITIES* | $7,517,213 | $1,299,086 |
| | | |
| *TOTAL LIABILITIES* | $7,550,417 | $13,050,488 |
| *OWNER EQUITY* | | |
| *NET OWNER EQUITY* | ($5,874,139) | ($4,870,038) |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $1,676,278 | $8,180,450 |

*"Insider" is defined in 11 U.S.C. Section 101(31).
** Includes credit card accounting
***Certain professionals retained by the Debtors and the Official Committee of Unsecured Creditors have each filed fee applications seeking approval of fees and expenses
incurred post-petition through January 31, 2018 in the aggregate amount of $809,571.20.  These fee applications are scheduled to be considered for approval by the Court
at a hearing on April 5, 2018 at 10:00 a.m. (ET).

In re RWRF, Inc., et al.                                    Case No. 17-23958 (JKS)
                    Debtors                                 Reporting Period: 2/4/18 - 3/3/18

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | 4688.41 | -331.59 | 4356.82 | | | 0 |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____Bag tax fee___ | 0 | 0 | 0 | | | 0 |
| Total State and Local | 4688.41 | -331.59 | 4356.82 | | | 0 |
| **Total Taxes** | 4688.41 | -331.59 | 4356.82 | | | 0 |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | 12488.7 | 6436.44 | 9277.32 | 0 | 28202.46 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees** | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | 0 | 12488.7 | 6436.44 | 9277.32 | 0 | 28202.46 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**
From cash on hand

*"Insider" is defined in 11 U.S.C. Section 101(31).
**Certain professionals retained by the Debtors and the Official Committee of Unsecured Creditors have each filed fee applications seeking approval of fees and expenses incurred post-petition through January 31, 2018 in the aggregate amount of $809,571.20. These fee applications are scheduled to be considered for approval by the Court at a hearing on April 5, 2018 at 10:00 a.m. (ET).

In re RWRF, Inc., et al.
                    Debtors

Case No. 17-32958 (JKS)
Reporting Period: 2/4/18 - 3/3/18

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 88,512 | |
| + Amounts billed during the period | -626 | |
| - Amounts collected during the period | 63,622 | |
| Total Accounts Receivable at the end of the reporting period | 24,264 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | 0 | |
| 31 - 60 days old | 0 | |
| 61 - 90 days old | 0 | |
| 91+ days old | 24,264 | |
| Total Accounts Receivable | 24,264 | |
| Amount considered uncollectible (Bad Debt) | 0 | |
| Accounts Receivable (Net) | 24,264 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | X<br>(see notes below) | |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X<br>(see notes below) | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X<br>(see notes below) | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

2. Payment from trust account of Debtors' counsel made to Crystal & Company in the amount of $25,013
3. No tax returns currently due
4. Stores are all closed; Commercial and Umbrella Insurance has been rescinded, D&O Policy Tail has been purchased;
Workers Compensation expense in effect from PEO Extensis

**DISBURSEMENT JOURNAL**
**CHECK REGISTER - OPERATING ACCOUNT**

| Name of Debtor: | RWRF, Inc., et al. | | Case Number: | 17-32958 (JKS) |
|---|---|---|---|---|
| Reporting Period Beginning: | 2/4/2018 | | Period Ending: | 3/3/2018 |
| Name of Bank: | Bank of America | | | |
| Account Name: | RWRF, Inc. | | | |
| Account Number: | **** **** 9753 | | | |
| Purpose of Account: | Operating | | | |

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/7/2018 | ACH | HP Services | Copier Lease | 115.37 |
| 2/8/2018 | WIRE | SHRAIBERG LANDAU PAGE | Note Payable remittance | 130,933.32 |
| 2/8/2018 | WIRE | SHRAIBERG LANDAU PAGE | Lender Legal Fees | 35,019.00 |
| 2/8/2018 | WIRE | HALPERIN BATTAGLIA BENZIJA LLF | Lender Legal Fees | 5,000.00 |
| 2/12/2018 | ACH | JHNY | Life Insurance | 348.00 |
| 2/12/2018 | ACH | Mass Mutual Life Insurance | Life Insurance | 359.83 |
| 2/14/2018 | ACH | Commonwealth of Massachusetts | Sales Tax Pmt | 24.87 |
| 2/14/2018 | ACH | NJ S&U | Sales Tax Pmt | 31.60 |
| 2/15/2018 | ACH | BANK OF AMERICA | Bank Fee | 1,216.38 |
| 2/15/2018 | ACH | CT DOR | Sales Tax Pmt | 368.00 |
| 2/16/2018 | ACH | Comp of Maryland | Sales Tax Pmt | 1,933.30 |
| 2/16/2018 | ACH | GEORGIA ITS TAX | Sales Tax Pmt | 1,440.36 |
| 2/16/2018 | ACH | NYS  Tax & Finance | Sales Tax Pmt | 558.69 |
| 2/22/2018 | WIRE | Cherry Hill Mall | Post-petition rent | 4,991.45 |
| 2/22/2018 | WIRE | Dunbar Armoured | Post-petition svcs | 3,878.94 |
| 2/22/2018 | 31097 | William Anderson | COBRA Reimbursement | 612.00 |
| 2/22/2018 | 31098 | Nick Kaplan | Expense Reimbursement | 1,077.34 |
| 2/22/2018 | 31099 | Ella Railiff | Customer Gift Card Reimb | 50.00 |
| 2/22/2018 | 31100 | Brittany Harris | Lost Order Reimbursement | 41.88 |
| 2/26/2018 | 31101 | Andia Bernard | Employee Reimbursement | 200.00 |
| 2/26/2018 | 31102 | Keter Environmental Services | Post-petition Services | 439.94 |
| 3/1/2018 | WIRE | PRIME CLERK | Bankruptcy administration | 10,384.39 |
| 3/1/2018 | 31103 | Harry Ryan | Post-petition Services | 27.00 |
| 3/2/2018 | WIRE | Crystal & Company | Insurance tail purchase | 4,168.00 |

203,219.66

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.

| Description | Current Month |
|---|---|
| Voided stale uncleared checks (Aug 2014-June 2017) | 31,731.07 |

**TOTAL OTHER RECEIPTS**                                                  31,731.07

**OTHER DISBURSEMENTS:**
Describe Each Item of Other Disbursement and List Amount of Disbursement.

| Description | Current Month |
|---|---|
| | |

**TOTAL OTHER DISBURSEMENTS**                                              -

**ACCOUNTS PAYABLE LISTING**

| Vendor Name | Document Typ | Document Date | Current Trx Amount | Days Aged |
|---|---|---|---|---|
| A York Cleaning | Invoice | 11/14/2017 | $ 261.30 | 109 |
| BCM One | Invoice | 12/1/2017 | $ 1,263.69 | 92 |
| BCM One | Invoice | 1/11/2018 | $ 553.87 | 51 |
| Boro Wide Recycling | Invoice | 11/29/2017 | $ 217.21 | 94 |
| Capacity, LLC | Invoice | 1/15/2018 | $ 39.57 | 47 |
| Capacity, LLC | Invoice | 1/15/2018 | $ 18,669.22 | 47 |
| Capacity, LLC | | 1/15/2018 | $ (14,707.08) | 47 |
| Capacity, LLC | | 1/22/2018 | $ 643.02 | 40 |
| Capacity, LLC | | 1/31/2018 | $ 2,928.72 | 31 |
| City of Dover Utility | Invoice | 12/18/2017 | $ 189.66 | 75 |
| Comcast - Arundel | Invoice | 12/1/2017 | $ 105.50 | 92 |
| Comcast - Cherry Hill | Invoice | 12/9/2017 | $ 105.88 | 84 |
| Con Edison | Invoice | 1/10/2018 | $ 651.28 | 52 |
| DMX, Inc, | Invoice | 12/1/2017 | $ 1,385.85 | 92 |
| Kount Inc. | Invoice | 12/30/2017 | $ 1,002.85 | 63 |
| Liberty Ashes Inc. | Invoice | 11/30/2017 | $ 81.38 | 93 |
| Liberty Ashes Inc. | Invoice | 1/1/2018 | $ 81.38 | 61 |
| PSEG Long Island | Invoice | 11/16/2017 | $ 110.68 | 107 |
| PSEG Long Island | Invoice | 12/18/2017 | $ 1,085.99 | 75 |
| Ready Refresh | Invoice | 11/18/2017 | $ 816.12 | 105 |
| Ready Refresh | Invoice | 12/18/2017 | $ 605.50 | 75 |
| Ready Refresh | Invoice | 12/28/2017 | $ 29.96 | 65 |
| Ready Refresh | Invoice | 12/28/2017 | $ 29.68 | 65 |
| Ready Refresh | Invoice | 12/28/2017 | $ 29.68 | 65 |
| Spectrum | Invoice | 12/1/2017 | $ 369.99 | 92 |
| ULINE | Invoice | 11/14/2017 | $ 37.16 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 371.01 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 61.14 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 409.72 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 420.79 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 474.83 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 418.84 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 417.59 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 36.90 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 446.67 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 37.16 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 41.59 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 40.83 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 55.65 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 55.65 | 109 |

| Vendor Name | Document Typ | Document Date | Current Trx Amount | Days Aged |
|---|---|---|---:|---:|
| ULINE | Invoice | 11/14/2017 | $ 39.37 | 109 |
| ULINE | Invoice | 11/14/2017 | $ 38.20 | 109 |
| United Illuminating | Invoice | 1/23/2018 | $ 1,332.31 | 39 |
| Verizon - Sunrise | Invoice | 11/25/2017 | $ 138.82 | 98 |
| Verizon - Sunrise | Invoice | 12/18/2017 | $ 110.91 | 75 |
| Verizon - Wireless | Invoice | 1/10/2018 | $ 1,568.17 | 52 |
| Verizon - Wireless | Invoice | 1/10/2018 | $ 809.62 | 52 |
| W.B. Mason | Invoice | 11/13/2017 | $ 18.95 | 110 |
| W.B. Mason | Credit Memo | 11/13/2017 | $ (14.47) | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 10.88 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 41.26 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 33.46 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 254.73 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 26.54 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 14.12 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 109.42 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 43.97 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 213.87 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 95.93 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 20.67 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 25.63 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 100.60 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 59.92 | 110 |
| W.B. Mason | Invoice | 11/13/2017 | $ 68.20 | 110 |
| W.B. Mason | Invoice | 12/21/2017 | $ 69.55 | 72 |
| Waste Management - Cherry Hill | Invoice | 12/9/2017 | $ 212.14 | 84 |
| XO Communications | Invoice | 12/8/2017 | $ 2,883.26 | 85 |

## Exhibit A

**Bank Statements**



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📶 Customer service: 1.888.400.9009

B LANE INC
DBA FASHION TO FIGURE
OPERATING ACCOUNT
20 W 36TH ST FL 8
NEW YORK, NY  10018-9787

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking - Small Business

for February 1, 2018 to February 28, 2018                     Account number:          9753

**B LANE INC     DBA FASHION TO FIGURE     OPERATING ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2018 | $305,212.04 | # of deposits/credits: 11 |
| Deposits and other credits | 426,526.37 | # of withdrawals/debits: 28 |
| Withdrawals and other debits | -225,861.88 | # of days in cycle: 28 |
| Checks | -16,639.34 | Average ledger balance: $392,023.47 |
| Service fees | -1,216.38 | |
| **Ending balance on February 28, 2018** | **$488,020.81** | |

B LANE INC   |   Account # ████████ 9753   |   February 01, 2018 to February 28, 2018

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

 

Bank of America, N.A. Member FDIC and       Equal Housing Lender

**Bank of America**
**Merrill Lynch**

<span style="color:red">**Your checking account**</span>

B LANE INC   |   Account #  ████████  9753   |   February 1, 2018 to February 28, 2018

# Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 02/05/18 | JCPENNEY CO.,INC DES:PAYMENT    ID:627103 INDN:B LANE INC          CO ID:3006988893 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 902332019240881 | 146.50 |
| 02/05/18 | PAYMENTECH     DES:FEE      ID:686565000007 INDN:Fashion to Figure #07   CO ID:1020401225 CCD | | 902336007387482 | 1.75 |
| 02/06/18 | PAYMENTECH     DES:DEPOSIT ID:686565000024  INDN:FASHION TO FIGURE #24 CO ID:1020401225 CCD | | 902336006231813 | 5,174.92 |
| 02/06/18 | PAYMENTECH     DES:DEPOSIT ID:686565000027  INDN:FASHION TO FIGURE #27 CO ID:1020401225 CCD | | 902336006231817 | 4,854.31 |
| 02/06/18 | PAYMENTECH     DES:DEPOSIT ID:686565000026  INDN:FASHION TO FIGURE #26 CO ID:1020401225 CCD | | 902336006231814 | 4,435.51 |
| 02/06/18 | PAYMENTECH     DES:DEPOSIT ID:686565000028  INDN:FASHION TO FIGURE #28 CO ID:1020401225 CCD | | 902336006231818 | 2,456.76 |
| 02/07/18 | PAYMENTECH     DES:DEPOSIT ID:686565000099  INDN:FTF.com          CO ID:1020401225 CCD | | 902338007322214 | 46,903.18 |
| 02/13/18 | WIRE TYPE:WIRE IN DATE: 180213 TIME:1532 ET TRN:2018021300325343 SEQ:2018021300027885/001492 ORIG:SBCG ID:4209049874 SND BK:PNC BANK, NATIONAL ASSOCIATIO ID:041000124 PMT DET:201802162335ISCW | | 903702130325343 | 362,103.87 |
| 02/20/18 | PAYMENTECH     DES:DEPOSIT ID:686565000099  INDN:FTF.com          CO ID:1020401225 CCD | | 902351007643145 | 341.41 |

*continued on the next page*

B LANE INC  |  Account # ████████ 9753  |  February ██ 2018 to February ██ 2018

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 02/20/18 | PAYMENTECH    DES:DEPOSIT ID:686565000099  INDN:FTF.com      CO ID:1020401225 CCD | | 902351014391810 | 79.95 |
| 02/20/18 | JCPENNEY CO.,INC DES:PAYMENT    ID:627123 INDN:B LANE INC      CO ID:3006988893 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | | 902346019910824 | 28.21 |
| **Total deposits and other credits** | | | | **$426,526.37** |

# Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 02/02/18 | TFR TRANSFER DEBIT CUR TRSF TO NY ████████ 9766 | | 955202010003119 | -16,447.89 |
| 02/07/18 | HEWLETT PACK 02  DES:LEASE PMT ID:XXXXXXXX  INDN:B. LANE, INC.      CO ID:9760523923 CCD | | 902338012927153 | -115.37 |
| 02/08/18 | WIRE TYPE:WIRE OUT DATE:180208 TIME:0947 ET TRN:2018020800235875 SERVICE REF:004866 BNF:SHRAIBERG LANDAU PAGE PA ID:0225003458 BNF BK: IBERIABANK ID:265270413 PMT DET:1828842095FO0M03 | | 903702080235875 | -130,933.32 |
| 02/08/18 | WIRE TYPE:WIRE OUT DATE:180208 TIME:1014 ET TRN:2018020800246071 SERVICE REF:005368 BNF:HALPERIN BATTAGLIA BENZIJA ID:1500429727 BNF BK:SIGNATURE BANK ID:026013576 PMT DET:Master Escrow | | 903702080246071 | -5,000.00 |
| 02/08/18 | WIRE TYPE:WIRE OUT DATE:180208 TIME:1014 ET TRN:2018020800246069 SERVICE REF:005438 BNF:SHRAIBERG LANDAU PAGE PA ID:0225003458 BNF BK: IBERIABANK ID:265270413 PMT DET:182890732BBP1267 | | 903702080246069 | -35,019.00 |
| 02/08/18 | WIRE TYPE:WIRE OUT DATE:180208 TIME:1112 ET TRN:2018020800266085 SERVICE REF:006265 BNF:MARTHA ROSS ID:104775566656 BNF BK:U.S. BANK ID:091000022 PMT DET:1828A09109FM0806 | | 903702080266085 | -1,500.00 |
| 02/08/18 | WIRE TYPE:WIRE OUT DATE:180208 TIME:1112 ET TRN:2018020800266086 SERVICE REF:364401 BNF:NICHOLAS KAPLAN ID:665000175365 BNF BK:JPMORGA N CHASE BANK, N. ID:0002 PMT DET:Ck 31092 | | 903702080266086 | -9,679.88 |
| 02/09/18 | PAYMENTECH    DES:DEPOSIT ID:686565000099  INDN:FTF.com      CO ID:1020401225 CCD | | 902340002769104 | -247.73 |
| 02/12/18 | MASSMUTUAL LIFE  DES:MASSMUTUAL ID:0739812A 180212  INDN:KARA B JENNY CO ID:1041590850 PPD | | 902340006316615 | -359.83 |

*continued on the next page*

**Bank of America Merrill Lynch**

**Your checking account**

B LANE INC   |   Account #  ███████ 9753   |   February 1, 2018 to February 28, 2018

# Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/12/18 | JHNY         DES:PAYMENTS   ID:106082122920 INDN:B LANE INC DBA       CO ID:5622311094 PPD | | 902340006322599 | -348.00 |
| 02/12/18 | PAYMENTECH       DES:DEPOSIT ID:686565000099  INDN:FTF.com       CO ID:1020401225 CCD | CO | 902343004757342 | -278.22 |
| 02/13/18 | PAYMENTECH       DES:DEPOSIT ID:686565000099  INDN:FTF.com       CO ID:1020401225 CCD | CO | 902344009219258 | -219.50 |
| 02/13/18 | PAYMENTECH       DES:DEPOSIT ID:686565000099  INDN:FTF.com       CO ID:1020401225 CCD | CO | 902343011830334 | -36.55 |
| 02/14/18 | NJ S&U WEB PMT   DES:NJWEB55 ID:091000013974791  INDN:B. LANE, INC. CO ID:7216000928 CCD  PMT INFO:TXP*B141856982000*04120*180331*T*316 0*** **BLAN\ | | 902344020233705 | -31.60 |
| 02/14/18 | COMM OF MASS EFT DES:MA DOR PAY ID:85908736  INDN:FASHION TO FIGURE       CO ID:4602285821 CCD | CO | 902344018450366 | -24.87 |
| 02/15/18 | TFR TRANSFER DEBIT CUR TRSF TO NY ███████ 9766 | | 906002152001782 | -9,889.33 |
| 02/15/18 | CT DOR PAYMENT   DES:BUS DIRPAY ID:597032980020082  INDN:B LANE INC CO ID:TXXXXXXXXX CCD | | 902345013792238 | -368.00 |
| 02/16/18 | COMP OF MARYLAND DES:DIR DB RAD ID:004818045066444  INDN:       CO ID:4526002033 PPD | CO | 902346016430138 | -1,933.30 |
| 02/16/18 | GEORGIA ITS TAX  DES:GA TX PYMT ID:1933429424  INDN:FASHION TO FIGURE       CO ID:2586002015 CCD | CO | 902346018822332 | -1,440.36 |
| 02/16/18 | NYS DTF SALES   DES:Tax Paymt ID:000000027739584  INDN:SW1809345228 CO ID:OXXXXXXXX CCD | | 902347001382801 | -558.69 |
| 02/16/18 | PAYMENTECH       DES:DEPOSIT ID:686565000099  INDN:FTF.com       CO ID:1020401225 CCD | CO | 902347001524858 | -18.93 |
| 02/22/18 | WIRE TYPE:WIRE OUT DATE:180222 TIME:1141 ET TRN:2018022200272863 SERVICE REF:007648 BNF:DUNBAR ARMORED INC ID:05880352 BNF BK:MANUFACT URERS & TRADERS ID:022000046 PMT DET:182MA3701ELP2 553 | | 903702220272863 | -3,878.94 |

*continued on the next page*

B LANE INC   |   Account # ■■■■ 9753   |   February 1, 2018 to February 28, 2018

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/22/18 | WIRE TYPE:WIRE OUT DATE:180222 TIME:1141 ET TRN:2018022200272862 SERVICE REF:007467 BNF:PREIT SERVICES ID:4227687984 BNF BK:PNC BANK, NATIONAL ASSO ID:041000124 PMT DET:182MA3325DQM0N6 3 | | 903702220272862 | -4,991.45 |
| 02/27/18 | TFR TRANSFER DEBIT CUR TRSF TO NY ■■■■9766 | | 906002272001877 | -2,541.12 |

**Total withdrawals and other debits**                                                            **-$225,861.88**

## Checks

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 02/15 | 31096 | 813005092198133 | -14,950.00 |
| 02/26 | 31097 | 813004692812960 | -612.00 |

| Date | Check # | Bank reference | Amount |
|------|---------|----------------|--------|
| 02/26 | 31098 | 813008492298512 | -1,077.34 |

**Total checks**                     **-$16,639.34**
**Total # of checks**                          **3**

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/15/18 | 01/18 ACCT ANALYSIS FEE | -1,216.38 |

**Total service fees**                                                                             **-$1,216.38**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 305,212.04 | 02/09 | 170,241.78 | 02/16 | 500,672.09 |
| 02/02 | 288,764.15 | 02/12 | 169,255.73 | 02/20 | 501,121.66 |
| 02/05 | 288,912.40 | 02/13 | 531,103.55 | 02/22 | 492,251.27 |
| 02/06 | 305,833.90 | 02/14 | 531,047.08 | 02/26 | 490,561.93 |
| 02/07 | 352,621.71 | 02/15 | 504,623.37 | 02/27 | 488,020.81 |
| 02/08 | 170,489.51 | | | | |

**Previous Day Balance History Report**

**Company :** B Lane Inc
**Requestor :** Bill Anderson
**Run Date :** 08-Mar-2018 11:02:35 EST

**Bank of America**
**Merrill Lynch**

**Bank of America**

US Accounts

**Bank of America, New York | 021000322 | USD**

| Date | Opening Ledger Balance | Closing Ledger Balance | Opening Avail Balance | Collected/ Closing Avail Bal | Total Credits | Total Debits | 1 Day Float | 2 or More Days Float |
|------|------------------------|------------------------|-----------------------|------------------------------|---------------|--------------|-------------|----------------------|
| **B LANE INC OPERATING** &#9724;9753 | | | | | | | | |
| 02-Mar-2018 | | 473,028.48 | | | | | | |
| 01-Mar-2018 | | 477,636.42 | | | | | | |
| 28-Feb-2018 | | 488,020.81 | | | | | | |
| **Account Averages** | | 479,561.90 | | | | | | |
| **B LANE INC PAYROLL |** &#9724;9766 | | | | | | | | |
| 02-Mar-2018 | | 0.00 | | | | | | |
| 01-Mar-2018 | | 0.00 | | | | | | |
| 28-Feb-2018 | | 0.00 | | | | | | |
| **Account Averages** | | 0.00 | | | | | | |
| **Currency Averages** | | 239,780.95 | | | | | | |